## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EL ÁGUILA, COMPAÑÍA DE SEGUROS, S.A. DE C.V.<br>Avenida de los Insurgentes Sur #1106<br>Piso 1, Col. Tlacoquemecatl<br>Mexico City, Mexico CP. 03200 | : : : : : | Case No. _____ |
| | : : | |
| and | : : | **COMPLAINT IN INTERPLEADER** |
| | : | |
| MED JETS, S.A. DE C.V.<br>Av. Chapultepec No. 15 11B OFNA 1<br>Col. Ladron de Guevara<br>Guadalajara, Jalisco, Mexico<br>CP. 44660 | : : : : : : | **28 U.S.C. § 1335** |
| | : : | |
| Plaintiffs-In-Interpleader | : : | |
| | : | |
| v. | : : | |
| | : | |
| FIDELITY AND GUARANTY<br>INSURANCE COMPANY<br>1 Tower Square<br>Hartford, CT 06183 | : : : : : | |
| | : | |
| and | : : | |
| | : | |
| FIVE LOAVES, INC.<br>2327 Cottman Ave.<br>Philadelphia, PA 19149 | : : : : | |
| | : | |
| and | : : | |
| | : | |
| RICHARD WINN<br>7268 Calvert Street<br>Philadelphia, PA 19149 | : : : : | |
| | : | |
| and | : : | |
| | : | |
| NILSA E. ROMERO<br>7235 Rupert Street<br>Philadelphia, PA 19149 | : : : : | |
| | : | |
| and | : | |

1

J&J PROPERTIES LLC                          :
2448 Cottman Avenue                         :
Philadelphia, PA 19149                      :
                                            :
and                                         :
                                            :
J AND D STEIN LLC                           :
4213 Cottonwood Way                         :
New Hope, PA 18938                          :
                                            :
and                                         :
                                            :
FRANK VAN'S AUTO TAG LLC                    :
4213 Cottonwood Way                         :
New Hope, PA 18938                          :
                                            :
and                                         :
                                            :
SHANA FLETCHER                              :
8213 Craig Street                           :
Philadelphia, PA 19136                      :
                                            :
and                                         :
                                            :
L.F., a minor                               :
8213 Craig Street                           :
Philadelphia, PA 19136                      :
                                            :
and                                         :
                                            :
NAASIR GRAHAM                               :
2319 N 17th Street                          :
Philadelphia, PA 19132                      :
                                            :
and                                         :
                                            :
GREGORY OTT                                 :
8 Foxhall Rd                                :
Newtown, PA 18940                           :
                                            :
and                                         :
                                            :
THOMAS CHAW                                 :
7223 Rupert Street                          :
Philadelphia, PA 19149                      :
                                            :

2

and                                                      :
                                                         :
ALEXIS LLOYD                                             :
7275 Rupert Street                                       :
Philadelphia, PA 19149                                   :
                                                         :
and                                                      :
                                                         :
DELORES BROOKS                                           :
7267 Rupert Street                                       :
Philadelphia, PA 19149                                   :
                                                         :
and                                                      :
                                                         :
HANIF BOLGER                                             :
7264 Calvert Street                                      :
Philadelphia, PA 19149                                   :
                                                         :
and                                                      :
                                                         :
ERICA BOLGER                                             :
7264 Calvert Street                                      :
Philadelphia, PA 19149                                   :
                                                         :
and                                                      :
                                                         :
DEBORAH CHAN                                             :
2107 Friendship Street                                   :
Philadelphia, PA 19149                                   :
                                                         :
and                                                      :
                                                         :
SHERRIE BUTTS-WOODHOUSE                                  :
5522 Devon Street                                        :
Philadelphia, PA 19138                                   :
                                                         :
and                                                      :
                                                         :
KARYNA RODRIGUEZ LORENZO                                 :
3127 Rawle Street                                        :
Philadelphia, PA 19149                                   :
                                                         :
and                                                      :
                                                         :
ESTATE OF LIZETH MURILLO OSUNA                           :
Address presently unknown                                :

and                                              :
                                                 :
ESTATE OF VALENTINA GUZMAN                       :
MURILLO                                          :
Address presently unknown                        :
                                                 :
and                                              :
                                                 :
ESTATE OF RAUL MEZA ARREDONDO                    :
Address presently unknown                        :
                                                 :
and                                              :
                                                 :
MOHAMMED BENMBAREK                               :
604 Rising Sun Ave #12                           :
Philadelphia, PA 19111                           :
                                                 :
and                                              :
                                                 :
EMILY CHAN                                       :
7280 Leonard Street                              :
Philadelphia, PA 19149                           :
                                                 :
and                                              :
                                                 :
RAE L. NATALE                                    :
7271 Rupert Street                               :
Philadelphia, PA 19149                           :
                                                 :
and                                              :
                                                 :
NATIONWIDE MUTUAL INSURANCE                      :
COMPANY                                          :
One West Nationwide Blvd.                        :
Columbus, OH 43215                               :
                                                 :
and                                              :
                                                 :
DOLORES MCCARTHY                                 :
7271 Hanford Street                              :
Philadelphia, PA 19149                           :
                                                 :
and                                              :
                                                 :
ALBERTA MCCARTHY                                 :
7271 Hanford Street                              :

4

Philadelphia, PA 19149       :
             :
and           :
             :
CARMEN TIBBS      :
2080 E Allegheny Ave     :
Philadelphia, PA 19134     :
             :
and           :
             :
R.R.D.V., a minor      :
1515 W Venango St, #2     :
Philadelphia, PA 19140     :
             :
and           :
             :
JAMIE VASQUEZ VIANA   :
1515 W Venango St, #2     :
Philadelphia, PA 19140     :
             :
and           :
             :
NELSON DANIELS     :
7273 Rupert Street      :
Philadelphia, PA 19149     :
             :
and           :
             :
PAULINA GOMEZ     :
7273 Rupert Street      :
Philadelphia, PA 19149     :
             :
and           :
             :
KYLE SOKOLOWSKI    :
7269 Rupert Street      :
Philadelphia, PA 19149     :
             :
and           :
             :
POSQUALE DUDLEY    :
1373 Anchor St       :
Philadelphia, PA 19124     :
             :
and           :
             :

MIGUEL RIVERA                                :
2770 Willits Rd                             :
Philadelphia, PA 19136                      :
                                            :
and                                         :
                                            :
DEBORAH STEIN                               :
4213 Cottonwood Way                         :
New Hope, PA 18938                          :
                                            :
and                                         :
                                            :
ESTATE OF STEVEN DREUITT                    :
Address presently unknown                   :
                                            :
and                                         :
                                            :
ESTATE OF DOMINIQUE GOODS                   :
BURKE                                       :
Address presently unknown                   :
                                            :
and                                         :
                                            :
ESTATE OF JOSUE DE JESUS JUAREZ             :
Address presently unknown                   :
                                            :
and                                         :
                                            :
ESTATE OF RODRIGO LOPEZ PADILLA             :
Address presently unknown                   :
                                            :
and                                         :
                                            :
ESTATE OF ALAN MONTOYA                      :
PERALES                                     :
Address presently unknown                   :
                                            :
and                                         :
                                            :
THE TRAVELERS HOME AND MARINE               :
INSURANCE COMPANY                           :
One Tower Square                            :
Hartford, CT 06183                          :
                                            :
and                                         :
                                            :

CASEEM WONGUS                          :
2812 Rosehill St                       :
Philadelphia, PA 19134                 :
                                       :
and                                    :
                                       :
HARVEY GARMEDER                        :
8599 Benton Ave                        :
Philadelphia, PA 19152                 :
                                       :
and                                    :
                                       :
MIRIAM ROTH                            :
8597 Benton Ave                        :
Philadelphia, PA 19152                 :
                                       :
and                                    :
                                       :
FOUR SEASONS DINER LLC                 :
2811 Cottman Avenue                    :
Philadelphia, PA 19149                 :
                                       :
and                                    :
                                       :
HAO CHEN                               :
19838 49th Avenue                      :
Flushing, NY 11365                     :
                                       :
and                                    :
                                       :
JIAN HUAN FANG                         :
7266 Rupert Street                     :
Philadelphia, PA 19149                 :
                                       :
and                                    :
                                       :
JUAN BI GUAN                           :
7266 Rupert Street                     :
Philadelphia, PA 19149                 :
                                       :
and                                    :
                                       :
REN DE LIN                             :
2002 S 10th Street                     :
Philadelphia, PA 19148                 :
                                       :

7

and                                                    :
                                                       :
K&Z PROPERTY LLC                                       :
52 Sunflower Drive                                     :
Huntingdon Valley, PA 19006                            :
                                                       :
and                                                    :
                                                       :
YUK KEUNG PAK                                          :
1013 Regina Street                                     :
Philadelphia, PA 19116                                 :
                                                       :
and                                                    :
                                                       :
PAK CUI QIONG TAN                                      :
1013 Regina Street                                     :
Philadelphia, PA 19116                                 :
                                                       :
and                                                    :
                                                       :
DAVID Z. DAI                                           :
601 Hazelhurst Avenue                                  :
Merion Station, PA 19066                               :
                                                       :
and                                                    :
                                                       :
MICHELLE L. DAI                                        :
601 Hazelhurst Avenue                                  :
Merion Station, PA 19066                               :
                                                       :
and                                                    :
                                                       :
MARIA A. OTT                                           :
8 Foxhall Road                                         :
Newtown, PA 18940                                      :
                                                       :
and                                                    :
                                                       :
JAMES H. WOODHOUSE, JR.                                :
5522 Devon Street                                      :
Philadelphia, PA 19138                                 :
                                                       :
and                                                    :
                                                       :
SAMUEL LIN                                             :
7263 Rupert Street                                     :

8

Philadelphia, PA 19149

and

BARRY LIU
7111 Lynford Street
Philadelphia, PA 19149

and

BO HONG ZENG
8906 Turton Drive
Philadelphia, PA 19115

and

ZHU GUI SHUANG
8906 Turton Drive
Philadelphia, PA 19115

and

JIA HE PROPERTIES LLC
207 Washington Avenue
Hollidaysburg, PA 16648

and

ZENGXI YE
4249 Saull St Fl 3
Flushing, NY 11355

and

TERRY HUI CHEN
829 Medway Road
Philadelphia, PA 19115

and

YU YING JIANG
7283 Leonard Street
Philadelphia, PA 19149

and

XINYUN ZHENG

7281 Leonard Street                              :
Philadelphia, PA 19149                           :
                                                 :
and                                              :
                                                 :
GUANGZHENG LI                                    :
7279 Leonard Street                              :
Philadelphia, PA 19149                           :
                                                 :
and                                              :
                                                 :
BIN JIANG                                        :
735 Quarry Road                                  :
Drums, PA 18222                                  :
                                                 :
and                                              :
                                                 :
YATING WANG                                      :
7269 Hanford Street                              :
Philadelphia, PA 19149                           :
                                                 :
and                                              :
                                                 :
DEYSIS MARGARITA COLLADO DE                      :
RODRIGUEZ                                        :
7259 Calvert Street                              :
Philadelphia, PA 19149                           :
                                                 :
and                                              :
                                                 :
MAREK KELLER                                     :
7255 Calvert Street                              :
Philadelphia, PA 19149                           :
                                                 :
and                                              :
                                                 :
KIA C. RUSSOMUNDO                                :
7253 Calvert Street                              :
Philadelphia, PA 19149                           :
                                                 :
and                                              :
                                                 :
KIM S. BURDEN                                    :
7247 Calvert Street                              :
Philadelphia, PA 19149                           :
                                                 :

and                                          :
                                             :
GUANG ZONG LI                                :
433 High Street, Apt 1                       :
Closter, NJ 07624                            :
                                             :
and                                          :
                                             :
ROOSEVELT PHARMACY LLC                       :
2600 Cottman Avenue                          :
Philadelphia, PA 19149                       :
                                             :
and                                          :
                                             :
MATTRESS FIRM, INC.                          :
10201 S. Main St.                            :
Houston, TX 77025                            :
                                             :
and                                          :
                                             :
RAISING CANE'S RESTAURANTS, LLC              :
100 North St., Suite 802                     :
Baton Rouge, LA 70802                        :
                                             :
and                                          :
                                             :
JOYCE ANER                                   :
7270 Rupert St                               :
Philadelphia, PA 19149                       :
                                             :
and                                          :
                                             :
VARIEDADES HONDUMEX GROCERY                  :
II INC.                                      :
6338 Rising Sun Ave Frnt Store               :
Philadelphia, PA 19111                       :
                                             :
and                                          :
                                             :
ANDRE HOWARD JR.                             :
2029 Randolph St Unit B                      :
Philadelphia, PA 19122                       :
                                             :
and                                          :
                                             :
LASHAWN HAMIEL                               :

11

3707 Stirling St.                              :
Philadelphia, PA 19149                         :
                                               :
and                                            :
                                               :
A.H.-1, a minor                                :
3707 Stirling St.                              :
Philadelphia, PA 19149                         :
                                               :
and                                            :
                                               :
K.H., a minor                                  :
3707 Stirling St.                              :
Philadelphia, PA 19149                         :
                                               :
and                                            :
                                               :
A.H.-2, a minor                                :
3707 Stirling St.                              :
Philadelphia, PA 19149                         :
                                               :
and                                            :
                                               :
SUSAN USILTON                                  :
7242 Leonard St.                               :
Philadelphia, PA 19149                         :
                                               :
and                                            :
                                               :
FRANCO GOMEZ                                   :
6306 Leonard St                                :
Philadelphia, PA 19149                         :
                                               :
and                                            :
                                               :
NORTHEAST DONUT SHOPS                          :
MANAGEMENT CORPORATION                         :
5201 Darrah Street                             :
Philadelphia, PA 19124                         :
                                               :
and                                            :
                                               :
THE CITY OF PHILADELPHIA                       :
Law Department, City Solicitor                 :
1515 Arch Street, 17th Floor                   :
Philadelphia, PA 19102                         :

|  | : |
|---|---|
| and | : |
|  | : |
| JOHN DOES 1-500 | : |
| Fictitious & unknown individual defendants | : |
| Addresses presently unknown | : |
|  | : |
| and | : |
|  | : |
| XYZ CORPORATIONS 1-500 | : |
| Fictitious & unknown corporations | : |
| Addresses presently unknown | : |
|  | : |
| Defendants/Claimants-In- | : |
| Interpleader. | : |

## **COMPLAINT IN INTERPLEADER**

Plaintiffs-In-Interpleader, El Águila Compania de Seguros, S.A. de C.V. ("El Aguila") and Med Jets, S.A. de C.V. ("Med Jets S.A.") (together, "Plaintiffs"), by and through their undersigned counsel, submit this Interpleader to this Court, and in support thereof, aver as follows:

## **INTRODUCTION**

1.    On January 31, 2025, a Learjet 55 medevac jet crashed in Philadelphia, Pennsylvania. Reports state that the crash killed all six people aboard the plane and two people on the ground. Additionally, the crash reportedly injured more than two dozen people on the ground and impacted hundreds of properties.

2.    The Learjet 55 medevac jet that crashed was owned and operated by Med Jets S.A.

3.    El Aguila issued an aviation insurance policy to Med Jets S.A. that is responsive to this crash. It is apparent that the value of claims that have been made, and will be made, will far exceed the remaining liability limits of that policy. In this interpleader action, El Aguila offers to this Court the remaining limits of liability of the aviation insurance policy it issued to Med Jets S.A. to equitably distribute to those impacted by this crash because the value of those claims

exceeds the amount of the Med Jets S.A. insurance policy. Plaintiffs respectfully request that the Court distribute the remaining liability insurance proceeds of the El Aguila policy in an equitable and just manner pursuant to 28 U.S.C. § 1335(a) and applicable law.

4.      El Aguila issued an aviation insurance policy to Med Jets S.A., with applicable liability limits of $10,000,000 per aircraft.

5.      The El Aguila policy is the only known policy of insurance available to Med Jets S.A. that will respond to the numerous claims that have been made and is anticipated will be made against Med Jets S.A. on account of this crash.

6.      The remaining liability limits are unlikely to be sufficient to resolve all claims against Med Jets S.A. as a result of this crash.

7.      As such, El Aguila and Med Jets S.A. bring this action in interpleader, seeking to deposit the remainder of the $10,000,000 per-aircraft liability limit into the registry of this Court pursuant to 28 U.S.C. § 1335(a) to allow the Court to equitably resolve all claims to such remaining limits.

8.      El Aguila and Med Jets S.A.'s request to this Court to interplead insurance policy funds does not amount to an admission or acknowledgement of liability of Med Jets S.A. Rather, El Aguila has the contractual right to settle disputed claims against Med Jets S.A. without any admission of liability by or on behalf of that policyholder.

9.      El Aguila and Med Jets S.A. further name all currently-known Defendants/Claimants-In-Interest identified herein so that any claims they may have to the remainder of the $10,000,000 per-aircraft liability limit may be heard and equitably resolved by this Court.

## **BACKGROUND**

10. El Aguila and Med Jets S.A. bring this action pursuant to 28 U.S.C. § 1335(a).

11. El Aguila issued an aviation insurance policy number AVI2400000000020 to named insured Med Jets S.A. for the policy period June 18, 2024, to June 18, 2025 (the "El Aguila policy").

12. A copy of the El Aguila policy is attached as Exhibit 1.

13. A certified translation of the El Aguila policy from Spanish into English is attached as Exhibit 2.

14. The El Aguila policy has liability limits of $10,000,000 per-aircraft identified on the policy (the "Liability Limit").

15. This El Aguila policy also provides for the defense of Med Jets S.A. against any "lawsuit" for "bodily injury" or "property damage" covered by the El Aguila policy.

16. On January 31, 2025, a Learjet 55 medevac jet, registered as XA-UCI and owned and operated by Med Jets S.A. (the "Aircraft"), crashed in Philadelphia, Pennsylvania after taking off from Northeast Philadelphia Regional Airport.

17. The Aircraft was listed as a "covered aircraft" under the El Aguila policy.

18. City, state, and federal authorities responded to this crash.

19. The accident currently is under investigation by the National Transportation Safety Board ("NTSB"), accident number ERA25MA106, and the NTSB has issued a preliminary report.

20. Through information made publicly available from this investigation, the Aircraft was carrying six people who were killed in the crash, including two pilots, two medical crewmembers, and two passengers.

21.    Through information publicly available in media reporting following the accident, and on information and belief, two people on the ground have died as a result of the crash, and at least two dozen more people on the ground were injured.

22.    Through information publicly available in media reporting following the accident, and on information and belief, four properties were completely destroyed, six properties were severely damaged, and approximately 300 properties may have been impacted by the crash in some way, including both residential and commercial properties.

23.    Defendants/Claimants-In-Interpleader Five Loaves, Inc., J and D Stein LLC, Frank Vans Auto Tag LLC, Richard Winn, Nilsa E. Romero, Naasir Graham, Delores Brooks, Alexis Lloyd, Thomas Chaw, Gregory Ott, Hanif Bolger, Erica Bolger, Deborah Chan, Karyna Rodriguez Lorenzo, J&J Properties LLC, Mohammed Benmbarek, Emily Chan, Rae L. Natale, Dolores McCarthy, Alberta McCarthy, Carmen Tibbs, Paulina Gomez, Miguel Rivera, Deborah Stein, Four Seasons Diner LLC, Hao Chen, Jian Huan Fang, Juan Bi Guan, Ren De Lin, K&Z Property LLC, Yuk Keung Pak, Pak Cui Qiong Tan, David Z. Dai, Michelle L. Dai, Maria A. Ott, Sherrie Butts-Woodhouse, James H. Woodhouse, Jr., Samuel Lin, Bo Hong Zeng, Zhu Gui Shuang, Jia He Properties LLC, Zengxi Ye, Terry Hui Chen, Yu Ying Jiang, Xinyun Zheng, Guangzheng Li, Bin Jiang, Yating Wang, Deysis Margarita Collado De Rodriguez, Marek Keller, Kia C. Russomondo, Kim S. Burden, Guang Zong Li, Barry Liu, Bo Hong Zheng, Roosevelt Pharmacy LLC, Mattress Firm, Inc., Raising Cane's Restaurants, LLC, Joyce Aner, Susan Usilton, Franco Gomez, Variedades Hondumex Grocery II, Inc., Northeast Donut Shops Management Corporation, and the City of Philadelphia have made or likely will make claims for property damage as a result of the Aircraft crash on January 31, 2025.

24.     Defendants/Claimants-In-Interpleader Fidelity and Guaranty Insurance Company, Nationwide Mutual Insurance Company, and The Travelers Home and Marine Insurance Company have made and/or will make claims against Med Jets S.A. in subrogation as a result of payments for claims made by their insureds as a result of the Aircraft crash on January 31, 2025.

25.     Attorneys purporting to represent Defendants/Claimants-In-Interpleader Estate of Lizeth Murillo Osuna, Estate of Valentina Guzman Murillo, and Estate of Raul Meza Arredondo have made claims on behalf of individuals who were aboard the Aircraft during the crash on January 31, 2025.

26.     Steven Dreuitt, Dominique Goods Burke, Josue di Jesus Juarez, Alan Montoya Perales, and Rodrigo Lopez Padilla were fatally injured as a result of the Aircraft crash on January 31, 2025.   Defendants/Claimants-In-Interpleader the Estate of Steven Dreuitt, the Estate of Dominique Goods Burke, the Estate of Josue di Jesus Juarez, the Estate of Alan Montoya Perales and the Estate of Rodrigo Lopez Padilla likely will make claims as a result of the Aircraft crash on January 31, 2025.

27.     Defendants/Claimants-In-Interpleader Shana Fletcher, L.F., R.R.D.V., Jamie Vasquez Viana, Nelson Daniels, Kyle Sokolowski, Posquale Dudley, Caseem Wongus, Harvey Garmeder, Miriam Roth, Andre Howard, Jr., Lashawn Hamiel, A.H.-1, K.H., and A.H.-2 have made or likely will make claims for bodily injury as a result of the Aircraft crash on January 31, 2025.

28.     Defendants/Claimants-In-Interpleader John Does 1-500 are persons who have claims against Med Jets S.A. either individually or as representatives of persons injured or killed, or who sustained damage to their property, as a result of the Aircraft crash on January 31, 2025.

29.    The identities of John Does 1-500 are presently unknown to El Aguila and Med Jets, S.A., as they have not yet made claims against Med Jets S.A. that have been reported to El Aguila.

30.    XYZ Corporations 1-500 are corporations or other business entities that have claims against Med Jets S.A. for damage to property as a result of the Aircraft crash on January 31, 2025.

31.    The identities of XYZ Corporations 1-500 are presently unknown to El Aguila and Med Jets S.A., as they have not yet made claims against Med Jets S.A. that have been reported to El Aguila.

32.    El Aguila is defending and will defend Med Jets S.A. against any claims made with respect to the Aircraft crash until the exhaustion of its available policy limits, with such defense costs being outside of the per-aircraft liability limit.

33.    Based upon publicly available information and the experience of El Aguila and its representatives and agents, the claims brought by Defendants/Claimants-In-Interpleader are highly likely to exceed the remaining limits of the Liability Limit after any policy erosion (the "Remaining Liability Limits").

34.    El Aguila now interpleads the Remaining Liability Limits under 28 U.S.C. § 1335, 28 U.S.C. § 1397, and 28 U.S.C. § 2361 in response to the demands and expected demands.

35.    El Aguila seeks to interplead the Remaining Liability Limits under the El Aguila policy to ensure lawful funding of any settlement or judgment against Med Jets.

36.    Without admitting any liability of Med Jets S.A., as the investigation into this accident remains ongoing, El Aguila acknowledges that the Remaining Liability Limits are likely to be owed in furtherance of claim resolutions.

37.     Accordingly, El Aguila has no claim or interest in how these funds are owed to any Defendant/Claimant-In-Interpleader.

38.     The Remaining Liability Limits are unlikely to be sufficient to fully satisfy the claims that will be brought by the Defendants/Claimants-In-Interpleader.

39.     Therefore, the Remaining Liability Limits will be contested by the Defendants/Claimants-In-Interpleader.

40.      Plaintiffs have filed this action to initiate the transfer of contested funds and to bring all actual and potential claimants before this Court so that all claimants may have an opportunity to assert their interests in the Remaining Liability Limits and to obtain a judicial determination of their claims.

41.     El Aguila will be subject to inconsistent and competing obligations from claims, settlements, and judgments to be funded by the Remaining Liability Limits.

42.     This proceeding is necessary to discharge El Aguila's policy obligations to Med Jets S.A. and to eliminate any risk of inconsistent rulings concerning the disposition of the Remaining Liability Limits.

43.     Med Jets S.A. has an interest in the resolution of claims brought against it under the El Aguila policy, and joins El Aguila as Plaintiff-In-Interpleader to facilitate the equitable resolution of claims.

## **JURISDICTION AND VENUE**

44.     This Court has jurisdiction over El Aguila and Med Jets S.A.'s statutory interpleader action pursuant to 28 U.S.C. § 1335(a) because:

a.     El Aguila has in its custody or possession the El Aguila policy with defense and indemnity benefits in a value or amount in excess of $500.00.

b.      There is diversity of citizenship between two or more Defendants who claim or may claim an interest in the funds because defendants are citizens of Pennsylvania, Connecticut, Iowa, Louisiana, New Jersey, New York, Ohio, Texas, and Mexico; and

c.      El Aguila will make a Fed. R. Civ. P. 67 motion to deposit the Remaining Liability Limits into the Court and will deposit such sum immediately upon order of this Court.

45.      El Aguila and Med Jets S.A. are citizens of Mexico, also meeting the minimal diversity of 28 U.S.C. § 1335(a)(1).

46.      Venue is proper in this judicial district pursuant to 28 U.S.C. § 1397 because at least one of the Defendants/Claimants-In-Interpleader resides in the Eastern District of Pennsylvania.

## THE PARTIES

47.      El Aguila is a corporation organized under Mexican law, with its principal place of business in Mexico City, Mexico.

48.      For claims in interpleader against the Remaining Liability Limit, El Aguila is a disinterested stakeholder under 28 U.S.C. § 1335 that seeks to pay the Remaining Liability Limits to the registry of this Court so the Court either may allow Med Jets S.A. to continue its defense or to pay claims arising from the January 31, 2025 Aircraft crash.

49.      Plaintiff-In-Interpleader Med Jets S.A. is a corporation organized under Mexican law with its principal place of business located in Guadalajara, Jalisco, Mexico.

50.      Med Jets S.A. has asserted a claim for liability coverage under the El Aguila policy due to claims asserted against it.

51.     Defendant and Claimant-In-Interpleader Fidelity and Guaranty Insurance Company is a corporation organized under the laws of the State of Iowa with its principal place of business in Hartford, Connecticut.

52.     Defendant and Claimant-In-Interpleader Five Loaves, Inc. is a corporation organized under the laws of the Commonwealth of Pennsylvania with its principal place of business located in Philadelphia, Pennsylvania.

53.     Defendant and Claimant-In-Interpleader Richard Winn is a natural person residing in Philadelphia, Pennsylvania.

54.     Fidelity and Guaranty Insurance Company has asserted a subrogation claim against Med Jets S.A. for property damage allegedly sustained by its insureds, Five Loaves, Inc. and Richard Winn, with respect to the Aircraft crash on January 31, 2025.

55.     Defendant and Claimant-In-Interpleader Nilsa E. Romero is a natural person residing in Philadelphia, Pennsylvania.

56.     Nilsa E. Romero has asserted a claim for property damage against Med Jets S.A. for property damage she allegedly sustained with respect to the Aircraft crash on January 31, 2025.

57.     Defendant and Claimant-In-Interpleader J&J Properties LLC is a limited liability company organized under the laws of Pennsylvania with its principal place of business in Pennsylvania.

58.     J&J Properties LLC has asserted a claim for property damage against Med Jets S.A. for property damage it allegedly sustained with respect to the Aircraft crash on January 31, 2025.

59.     Defendant and Claimant-In-Interpleader J and D Stein LLC is a limited liability company organized under the laws of Pennsylvania with its principal place of business in Pennsylvania.

60.     J and D Stein LLC has asserted a claim for property damage against Med Jets S.A. for property damage it allegedly sustained with respect to the Aircraft crash on January 31, 2025.

61.     Defendant and Claimant-In-Interpleader Frank Vans Auto Tag LLC is a limited liability company organized under the laws of Pennsylvania with its principal place of business in Pennsylvania.

62.     Frank Vans Auto Tag LLC has asserted a claim for property damage against Med Jets S.A. for property damage it allegedly sustained with respect to the Aircraft crash on January 31, 2025.

63.     Defendant and Claimant-In-Interpleader Shana Fletcher is a natural person residing in Philadelphia, Pennsylvania.

64.     Shana Fletcher has asserted claims against Med Jets S.A. for bodily injury and property damage she allegedly sustained with respect to the Aircraft crash on January 31, 2025.

65.     Defendant and Claimant-In-Interpleader L.F. is a natural person and a minor residing in Philadelphia, Pennsylvania.[1]

66.     L.F. has asserted a claim for bodily injury against Med Jets S.A. allegedly sustained with respect to the Aircraft crash on January 31, 2025.

67.     Defendant and Claimant-In-Interpleader Naasir Graham is a natural person residing in Philadelphia, Pennsylvania.

68.     Naasir Graham has asserted claims against Med Jets S.A. for property damage allegedly sustained with respect to the Aircraft crash on January 31, 2025.

69.     Defendant and Claimant-In-Interpleader Gregory Ott is a natural person residing in Newtown, Pennsylvania.

---

[1] Pursuant to Fed. R. Civ. P. 5.2(a), El Aguila has pled only the initials of minor L.F.  Pursuant to Fed. R. Civ. P. 5.2(d), El Aguila will file the full name of L.F. under seal if directed by this Court.

70.     Gregory Ott has asserted claims against Med Jets S.A. for property damage allegedly sustained with respect to the Aircraft crash on January 31, 2025.

71.     Defendant and Claimant-In-Interpleader Thomas Chaw is a natural person residing in Philadelphia, Pennsylvania.

72.     Thomas Chaw has asserted claims against Med Jets S.A. for property damage allegedly sustained with respect to the Aircraft crash on January 31, 2025.

73.     Defendant and Claimant-In Interpleader Alexis Lloyd is a natural person residing in Philadelphia, Pennsylvania.

74.     Alexis Lloyd has asserted claims against Med Jets S.A. for property damage allegedly sustained with respect to the Aircraft crash on January 31, 2025.

75.     Defendant and Claimant-In Interpleader Delores Brooks is a natural person residing in Philadelphia, Pennsylvania.

76.     Delores Brooks has asserted claims against Med Jets S.A. for property damage allegedly sustained with respect to the Aircraft crash on January 31, 2025.

77.     Defendant and Claimant-In-Interpleader Hanif Bolger is a natural person residing in Philadelphia, Pennsylvania.

78.     Hanif Bolger has asserted claims against Med Jets S.A. for property damage allegedly sustained with respect to the Aircraft crash on January 31, 2025.

79.     Defendant and Claimant-In-Interpleader Erica Bolger is a natural person residing in Philadelphia, Pennsylvania.

80.     Erica Bolger has asserted claims against Med Jets S.A. for property damage allegedly sustained with respect to the Aircraft crash on January 31, 2025.

81.     Defendant and Claimant-In-Interpleader Deborah Chan is a natural person residing in Philadelphia, Pennsylvania.

82.     Deborah Chan has asserted claims against Med Jets S.A. for property damage allegedly sustained with respect to the Aircraft crash on January 31, 2025.

83.     Defendant and Claimant-In-Interpleader Sherrie Butts-Woodhouse is a natural person residing in Philadelphia, Pennsylvania.

84.     Sherrie Butts-Woodhouse has asserted claims against Med Jets S.A. for bodily injury and property damage allegedly sustained with respect to the Aircraft crash on January 31, 2025.

85.     Defendant and Claimant-In-Interpleader Karyna Rodriguez Lorenzo is a natural person residing in Philadelphia, Pennsylvania.

86.     Karyna Rodriguez Lorenzo has asserted claims against Med Jets S.A. for property damage allegedly sustained with respect to the Aircraft crash on January 31, 2025.

87.     Defendant and Claimant-In-Interpleader Estate of Lizeth Murillo Osuna is or will be the estate of a natural person who resided in Mexico, and whose estate is or will be administered under applicable Mexican state law.

88.     Defendant and Claimant-In-Interpleader Estate of Valentina Guzman Murillo is or will be the estate of a natural person who resided in Mexico, and whose estate is or will be administered under applicable Mexican state law.

89.     Defendant and Claimant-In-Interpleader Estate of Raul Meza Arredondo is or will be the estate of a natural person who resided in Mexico, and whose estate is or will be administered under applicable Mexican state law.

90.     El Aguila has been notified that the putative estates of Lizeth Murillo Osuna, Valentina Guzman Murillo, and Raul Meza Arredondo seek recovery with respect to the Aircraft crash on January 31, 2025.

91.     Upon information and belief, the Estates of Lizeth Murillo Osuna, Valentina Guzman Murillo, and Raul Meza Arredondo will make claims against Med Jets S.A. with respect to the Aircraft crash on January 31, 2025.

92.     Defendant and Claimant-In-Interpleader Mohammed Benmbarek is a natural person residing in 604 Rising Sun Ave #12, Philadelphia, PA 19111.

93.     Mohammed Benmbarek has asserted claims against Med Jets S.A. for property damage allegedly sustained with respect to the Aircraft crash on January 31, 2025.

94.     Defendant and Claimant-In-Interpleader Emily Chan is a natural person residing in Philadelphia, Pennsylvania.

95.     Emily Chan has asserted claims against Med Jets S.A. for property damage allegedly sustained with respect to the Aircraft crash on January 31, 2025.

96.     Defendant and Claimant-In-Interpleader Rae L. Natale is a natural person residing in Philadelphia, Pennsylvania.

97.     Rae L. Natale has asserted claims against Med Jets S.A. for property damage allegedly sustained with respect to the Aircraft crash on January 31, 2025.

98.     Defendant and Claimant-In-Interpleader Dolores McCarthy is a natural person residing in Philadelphia, Pennsylvania.

99.     Dolores McCarthy has asserted claims against Med Jets S.A. for property damage allegedly sustained with respect to the Aircraft crash on January 31, 2025.

100.    Defendant and Claimant-In-Interpleader Alberta McCarthy is a natural person residing in Philadelphia, Pennsylvania.

101.    Alberta McCarthy has asserted claims against Med Jets S.A. for property damage allegedly sustained with respect to the Aircraft crash on January 31, 2025.

102.    Defendant and Claimant-In-Interpleader Nationwide Mutual Insurance Company is a corporation organized under the laws of the State of Ohio with its principal place of business in Columbus, Ohio.

103.    Nationwide Mutual Insurance Company has asserted a subrogation claim against Med Jets S.A. for property damage allegedly sustained by its insureds, J&J Properties LLC, Rae L. Natale, Dolores McCarthy and Alberta McCarthy, with respect to the Aircraft crash on January 31, 2025.

104.    Defendant and Claimant-In-Interpleader Carmen Tibbs is a natural person residing in 2080 E Allegheny Ave, Philadelphia, PA 19134.

105.    Carmen Tibbs has asserted claims against Med Jets S.A. for property damage allegedly sustained with respect to the Aircraft crash on January 31, 2025.

106.    Defendant and Claimant-In-Interpleader R.R.D.V. is a natural person and a minor residing in 1515 W Venango St. #2, Philadelphia, PA 19140.

107.     R.R.D.V. has asserted or likely will assert a claim for bodily injury against Med Jets S.A. allegedly sustained with respect to the Aircraft crash on January 31, 2025.[2]

108.    Defendant and Claimant-In-Interpleader Jamie Vasquez Viana is a natural person residing in 1515 W Venango St. #2, Philadelphia, PA 19140.

---

[2]  Pursuant to Fed. R. Civ. P. 5.2(a), El Aguila has pled only the initials of minor R.R.D.V.  Pursuant to Fed. R. Civ. P. 5.2(d), El Aguila will file the full name of R.R.D.V. under seal if directed by this Court.

109.    Jamie Vasquez Viana has asserted or likely will assert claims against Med Jets S.A. for bodily injury allegedly sustained with respect to the Aircraft crash on January 31, 2025.

110.    Defendant and Claimant-In-Interpleader Nelson Daniels is a natural person residing in Philadelphia, Pennsylvania.

111.    Nelson Daniels has asserted or likely will assert claims against Med Jets S.A. for bodily injury allegedly sustained with respect to the Aircraft crash on January 31, 2025.

112.    Defendant and Claimant-In-Interpleader Paulina Gomez is a natural person residing in Philadelphia, Pennsylvania.

113.    Paulina Gomez has asserted or likely will assert claims against Med Jets S.A. for property damage allegedly sustained with respect to the Aircraft crash on January 31, 2025.

114.    Defendant and Claimant-In-Interpleader Kyle Sokolowski is a natural person residing in Philadelphia, Pennsylvania.

115.    Kyle Sokolowski has asserted or likely will assert claims against Med Jets S.A. for bodily injury allegedly sustained with respect to the Aircraft crash on January 31, 2025.

116.    Defendant and Claimant-In-Interpleader Posquale Dudley is a natural person residing in 1373 Anchor St, Philadelphia, Pennsylvania 19124.

117.    Posquale Dudley has asserted or likely will assert claims against Med Jets S.A. for bodily injury allegedly sustained with respect to the Aircraft crash on January 31, 2025.

118.    Defendant and Claimant-In-Interpleader Miguel Rivera is a natural person residing in 2770 Willits Road, Philadelphia, Pennsylvania 19136.

119.    Miguel Rivera has asserted claims against Med Jets S.A. for property damage allegedly sustained with respect to the Aircraft crash on January 31, 2025.

120.    Defendant and Claimant-In-Interpleader Deborah Stein is a natural person residing in New Hope, Pennsylvania.

121.    Deborah Stein has asserted claims against Med Jets S.A. for property damage allegedly sustained with respect to the Aircraft crash on January 31, 2025.

122.    Defendant and Claimant-In-Interpleader Estate of Josue de Jesus Juarez is or will be the estate of a natural person who resided in Mexico, and whose estate is or will be administered under applicable Mexican state law.

123.    Defendant and Claimant-In-Interpleader Estate of Rodrigo Lopez Padilla is or will be the estate of a natural person who resided in Mexico, and whose estate is or will be administered under applicable Mexican state law.

124.    Defendant and Claimant-In-Interpleader Estate of Alan Montoya Perales is or will be the estate of a natural person who resided in Mexico, and whose estate is or will be administered under applicable Mexican state law.

125.    Upon information and belief, the Estates of Josue de Jesus Juarez, Alan Montoya Perales, and Rodrigo Lopez Padilla will make claims against Med Jets S.A. with respect to the Aircraft crash on January 31, 2025.

126.    Defendant and Claimant-In-Interpleader Estate of Steven Dreuitt is or will be the estate of a natural person who resided in Pennsylvania, and whose estate is or will be administered under applicable state law.

127.    Defendant and Claimant-In-Interpleader Estate of Dominique Goods Burke is or will be the estate of a natural person who resided in Pennsylvania, and whose estate is or will be administered under applicable state law.

28

128.     Upon information and belief, the Estates of Steven Dreuitt and Dominique Goods Burke will make claims against Med Jets S.A. with respect to the Aircraft crash on January 31, 2025.

129.     Defendant and Claimant-In-Interpleader The Travelers Home and Marine Insurance Company is a corporation organized under the laws of the State of Connecticut with its principal place of business in Hartford, Connecticut.

130.     The Travelers Home and Marine Insurance Company has asserted or likely will assert a subrogation claim against Med Jets S.A. for property damage allegedly sustained by its insured Richard Winn, with respect to the Aircraft crash on January 31, 2025.

131.     Defendant and Claimant-In-Interpleader Caseem Wongus is a natural person residing in 2812 Rosehill Street, Philadelphia, Pennsylvania 19134.

132.     Caseem Wongus has asserted or likely will assert claims against Med Jets S.A. for personal injury allegedly sustained with respect to the Aircraft crash on January 31, 2025.

133.     Defendant and Claimant-In-Interpleader Harvey Garmeder is a natural person residing in 8599 Benton Avenue, Philadelphia, Pennsylvania 19152.

134.     Harvey Garmeder has asserted or likely will assert claims against Med Jets S.A. for personal injury allegedly sustained with respect to the Aircraft crash on January 31, 2025.

135.     Defendant and Claimant-In-Interpleader Miriam Roth is a natural person residing at 8597 Benton Ave, Philadelphia, Pennsylvania 19152.

136.     Miriam Roth has asserted or likely will assert claims against Med Jets S.A. for personal injury allegedly sustained with respect to the Aircraft crash on January 31, 2025.

137.    Defendant and Claimant-In-Interpleader Four Seasons Diner LLC is a limited liability company organized under the laws of the State of Pennsylvania with its principal place of business in Philadelphia, Pennsylvania.

138.    Four Seasons Diner LLC has asserted or likely will assert claims against Med Jets S.A. for property damage allegedly sustained with respect to the Aircraft crash on January 31, 2025.

139.    Defendant and Claimant-In-Interpleader Hao Chen is a natural person residing in Flushing, New York.

140.    Hao Chen has asserted or likely will assert claims against Med Jets S.A. for property damage allegedly sustained with respect to the Aircraft crash on January 31, 2025.

141.    Defendant and Claimant-In-Interpleader Jian Huan Fang is a natural person residing in Philadelphia, Pennsylvania.

142.    Jian Huan Fang has asserted or likely will assert claims against Med Jets S.A. for property damage allegedly sustained with respect to the Aircraft crash on January 31, 2025.

143.    Defendant and Claimant-In-Interpleader Juan Bi Guan is a natural person residing in Philadelphia, Pennsylvania.

144.    Juan Bi Guan has asserted or likely will assert claims against Med Jets S.A. for property damage allegedly sustained with respect to the Aircraft crash on January 31, 2025.

145.    Defendant and Claimant-In-Interpleader Ren De Lin is a natural person residing in Philadelphia, Pennsylvania.

146.    Ren De Lin has asserted or likely will assert claims against Med Jets S.A. for property damage allegedly sustained with respect to the Aircraft crash on January 31, 2025.

147.    Defendant and Claimant-In-Interpleader K&Z Property LLC is a limited liability company organized under the laws of the State of Pennsylvania with its principal place of business in Huntingdon Valley, Pennsylvania.

148.    K&Z Property LLC has asserted or likely will assert claims against Med Jets S.A. for property damage allegedly sustained with respect to the Aircraft crash on January 31, 2025.

149.    Defendant and Claimant-In-Interpleader Yuk Keung Pak is a natural person residing in Philadelphia, Pennsylvania.

150.    Yuk Keung Pak has asserted or likely will assert claims against Med Jets S.A. for property damage allegedly sustained with respect to the Aircraft crash on January 31, 2025.

151.    Defendant and Claimant-In-Interpleader Pak Cui Qiong Tan is a natural person residing in Philadelphia, Pennsylvania.

152.    Pak Cui Qiong Tan has asserted or likely will assert claims against Med Jets S.A. for property damage allegedly sustained with respect to the Aircraft crash on January 31, 2025.

153.    Defendant and Claimant-In-Interpleader David Z. Dai is a natural person residing in Merion Station, Pennsylvania.

154.    David Z. Dai has asserted or likely will assert claims against Med Jets S.A. for property damage allegedly sustained with respect to the Aircraft crash on January 31, 2025.

155.    Defendant and Claimant-In-Interpleader Michelle L. Dai is a natural person residing in Merion Station, Pennsylvania.

156.    Michelle L. Dai has asserted or likely will assert claims against Med Jets S.A. for property damage allegedly sustained with respect to the Aircraft crash on January 31, 2025.

157.    Defendant and Claimant-In-Interpleader Maria A. Ott is a natural person residing in Newtown, Pennsylvania.

158.    Maria A. Ott has asserted or likely will assert claims against Med Jets S.A. for property damage allegedly sustained with respect to the Aircraft crash on January 31, 2025.

159.    Defendant and Claimant-In-Interpleader James H. Woodhouse, Jr. is a natural person residing in Philadelphia, Pennsylvania.

160.    James H. Woodhouse, Jr. has asserted or likely will assert claims against Med Jets S.A. for property damage allegedly sustained with respect to the Aircraft crash on January 31, 2025.

161.    Defendant and Claimant-In-Interpleader Samuel Lin is a natural person residing in Philadelphia, Pennsylvania.

162.    Samuel Lin has asserted or likely will assert claims against Med Jets S.A. for property damage allegedly sustained with respect to the Aircraft crash on January 31, 2025.

163.    Defendant and Claimant-In-Interpleader Bo Hong Zeng is a natural person residing in Philadelphia, Pennsylvania.

164.    Bo Hong Zeng has asserted or likely will assert claims against Med Jets S.A. for property damage allegedly sustained with respect to the Aircraft crash on January 31, 2025.

165.    Defendant and Claimant-In-Interpleader Zhu Gui Shuang is a natural person residing in Philadelphia, Pennsylvania.

166.    Zhu Gui Shuang has asserted or likely will assert claims against Med Jets S.A. for property damage allegedly sustained with respect to the Aircraft crash on January 31, 2025.

167.    Defendant and Claimant-In-Interpleader Jia He Properties LLC is a limited liability company organized under the laws of the State of Pennsylvania with its principal place of business in Hollidaysburg, Pennsylvania.

168.    Jia He Properties LLC has asserted or likely will assert claims against Med Jets S.A. for property damage allegedly sustained with respect to the Aircraft crash on January 31, 2025.

169.    Defendant and Claimant-In-Interpleader Zengxi Ye is a natural person residing in Flushing, New York.

170.    Zengxi Ye has asserted or likely will assert claims against Med Jets S.A. for property damage allegedly sustained with respect to the Aircraft crash on January 31, 2025.

171.    Defendant and Claimant-In-Interpleader Terry Hui Chen is a natural person residing in Philadelphia, Pennsylvania.

172.    Terry Hui Chen has asserted or likely will assert claims against Med Jets S.A. for property damage allegedly sustained with respect to the Aircraft crash on January 31, 2025.

173.    Defendant and Claimant-In-Interpleader Yu Ying Jiang is a natural person residing in Philadelphia, Pennsylvania.

174.    Yu Ying Jiang has asserted or likely will assert claims against Med Jets S.A. for property damage allegedly sustained with respect to the Aircraft crash on January 31, 2025.

175.    Defendant and Claimant-In-Interpleader Xinyun Zheng is a natural person residing in Philadelphia, Pennsylvania.

176.    Xinyun Zheng has asserted or likely will assert claims against Med Jets S.A. for property damage allegedly sustained with respect to the Aircraft crash on January 31, 2025.

177.    Defendant and Claimant-In-Interpleader Guangzheng Li is a natural person residing in Philadelphia, Pennsylvania.

178.    Guangzheng Li has asserted or likely will assert claims against Med Jets S.A. for property damage allegedly sustained with respect to the Aircraft crash on January 31, 2025.

179.     Defendant and Claimant-In-Interpleader Bin Jiang is a natural person residing in Drums, Pennsylvania.

180.     Bin Jiang has asserted or likely will assert claims against Med Jets S.A. for property damage allegedly sustained with respect to the Aircraft crash on January 31, 2025.

181.     Defendant and Claimant-In-Interpleader Yating Wang is a natural person residing in Philadelphia, Pennsylvania.

182.     Yating Wang has asserted or likely will assert claims against Med Jets S.A. for property damage allegedly sustained with respect to the Aircraft crash on January 31, 2025.

183.     Defendant and Claimant-In-Interpleader Deysis Margarita Collado De Rodriguez is a natural person residing in Philadelphia, Pennsylvania.

184.     Deysis Margarita Collado De Rondriguez has asserted or likely will assert claims against Med Jets S.A. for property damage allegedly sustained with respect to the Aircraft crash on January 31, 2025.

185.     Defendant and Claimant-In-Interpleader Marek Keller is a natural person residing in Philadelphia, Pennsylvania.

186.     Marek Keller has asserted or likely will assert claims against Med Jets S.A. for property damage allegedly sustained with respect to the Aircraft crash on January 31, 2025.

187.     Defendant and Claimant-In-Interpleader Kia C. Russomondo is a natural person residing in Philadelphia, Pennsylvania.

188.     Kia C. Russomondo has asserted or likely will assert claims against Med Jets S.A. for property damage allegedly sustained with respect to the Aircraft crash on January 31, 2025.

189.     Defendant and Claimant-In-Interpleader Kim S. Burden is a natural person residing in Philadelphia, Pennsylvania.

190.     Kim S. Burden has asserted or likely will assert claims against Med Jets S.A. for property damage allegedly sustained with respect to the Aircraft crash on January 31, 2025.

191.     Defendant and Claimant-In-Interpleader Guang Zong Li is a natural person residing in Closter, New Jersey.

192.     Guang Zong Li has asserted or likely will assert claims against Med Jets S.A. for property damage allegedly sustained with respect to the Aircraft crash on January 31, 2025.

193.     Defendant and Claimant-In-Interpleader Roosevelt Pharmacy LLC is a limited liability company organized under the laws of Pennsylvania with its principal place of business located in Philadelphia, Pennsylvania.

194.     Roosevelt Pharmacy has asserted or likely will assert claims against Med Jets S.A. for property damage allegedly sustained with respect to the Aircraft crash on January 31, 2025.

195.     Defendant and Claimant-In-Interpleader Mattress Firm, Inc. is a corporation organized under the laws of Delaware with its principal place of business located in Houston, Texas.

196.     Mattress Firm, Inc. has asserted or likely will assert claims against Med Jets S.A. for property damage allegedly sustained with respect to the Aircraft crash on January 31, 2025.

197.     Defendant and Claimant-In-Interpleader Raising Cane's Restaurants, LLC is a limited liability company organized under the laws of Louisiana, with its principal place of business located in Baton Rouge, Louisiana.

198.     Raising Cane's Restaurants, LLC has asserted or likely will assert claims against Med Jets S.A. for property damage allegedly sustained with respect to the Aircraft crash on January 31, 2025.

199.    Defendant and Claimant-In-Interpleader Joyce Aner is a natural person residing in Philadelphia, Pennsylvania.

200.    Joyce Aner has asserted or likely will assert claims against Med Jets S.A. for property damage allegedly sustained with respect to the Aircraft crash on January 31, 2025.

201.    Defendant and Claimant-In-Interpleader Variedades Hondumex Grocery II is a corporation organized under the laws of Pennsylvania with a principal place in Philadelphia, Pennsylvania.

202.    Variedades Hondumex Grocery II has asserted or likely will assert claims against Med Jets S.A. for property damage allegedly sustained with respect to the Aircraft crash on January 31, 2025.

203.    Defendant and Claimant-In-Interpleader Andre Howard, Jr. is a natural person residing in Philadelphia, Pennsylvania.

204.    Andre Howard has asserted or likely will assert claims against Med Jets S.A. for bodily injury allegedly sustained with respect to the Aircraft crash on January 31, 2025.

205.    Defendant and Claimant-In-Interpleader Lashawn Hamiel is a natural person residing in Philadelphia, Pennsylvania.

206.    Lashawn Hamiel has asserted or likely will assert claims against Med Jets S.A. for bodily injury allegedly sustained with respect to the Aircraft crash on January 31, 2025.

207.    Defendant and Claimant-In-Interpleader A.H.-1 is a natural person residing in Philadelphia, Pennsylvania.[3]

208.    A.H.-1 has asserted or likely will assert claims against Med Jets S.A. for bodily injury allegedly sustained with respect to the Aircraft crash on January 31, 2025.

---

[3] Pursuant to Fed. R. Civ. P. 5.2(a), El Aguila has pled only the initials of minor A.H.-1.  Pursuant to Fed. R. Civ. P. 5.2(d), El Aguila will file the full name of A.H.-1 under seal if directed by this Court.

209.     Defendant and Claimant-In-Interpleader K.H. is a natural person residing in Philadelphia, Pennsylvania.[4]

210.     K.H. has asserted or likely will assert claims against Med Jets S.A. for bodily injury allegedly sustained with respect to the Aircraft crash on January 31, 2025.

211.     Defendant and Claimant-In-Interpleader A.H.-2 is a natural person residing in Philadelphia, Pennsylvania.[5]

212.     A.H.-2 has asserted or likely will assert claims against Med Jets S.A. for bodily injury allegedly sustained with respect to the Aircraft crash on January 31, 2025.

213.     Defendant and Claimant-In-Interpleader Susan Usilton is a natural person residing in Philadelphia, Pennsylvania.

214.     Susan Usilton has asserted or likely will assert claims against Med Jets S.A. for property damage allegedly sustained with respect to the Aircraft crash on January 31, 2025.

215.     Defendant and Claimant-In-Interpleader Franco Gomez is a natural person residing in Philadelphia, Pennsylvania.

216.     Franco Gomez has asserted or likely will assert claims against Med Jets S.A. for property damage allegedly sustained with respect to the Aircraft crash on January 31, 2025.

217.     Defendant and Claimant-In-Interpleader Barry Liu is a natural person residing in Philadelphia, Pennsylvania.

218.     Barry Liu has asserted or likely will assert claims against Med Jets S.A. for property damage allegedly sustained with respect to the Aircraft crash on January 31, 2025.

---

[4] Pursuant to Fed. R. Civ. P. 5.2(a), El Aguila has pled only the initials of minor K.H.  Pursuant to Fed. R. Civ. P. 5.2(d), El Aguila will file the full name of K.H. under seal if directed by this Court.
[5] Pursuant to Fed. R. Civ. P. 5.2(a), El Aguila has pled only the initials of minor A.H.-2.  Pursuant to Fed. R. Civ. P. 5.2(d), El Aguila will file the full name of A.H.-2 under seal if directed by this Court.

219.    Defendant and Claimant-In-Interpleader Northeast Donut Shops Management Corporation is a corporation organized under the laws of Pennsylvania with its principal place of business in Philadelphia, Pennsylvania.

220.    Northeast Donut Shops Management Corporation has asserted or likely will assert claims against Med Jets S.A. for property damage allegedly sustained with respect to the Aircraft crash on January 31, 2025.

221.    Defendant and Claimant-In-Interpleader The City of Philadelphia is a municipal corporation organized under the laws of Pennsylvania with government and municipal offices in Philadelphia, Pennsylvania.

222.    The City of Philadelphia has asserted or likely will assert claims against Med Jets S.A. for property damage allegedly sustained with respect to the Aircraft crash on January 31, 2025.

223.    Upon information and belief, some or all Defendants and Claimants-In-Interpleader John Does 1-500 are citizens of Pennsylvania and Mexico.

224.    Upon information and belief, some or all Defendants and Claimants-In-Interpleader XYZ Corporations 1-500 are citizens of Pennsylvania.

225.    All of the John Does 1-500 and XYZ Corporations 1-500 have or will assert claims against Med Jets S.A., which may be covered by the El Aguila policy, making them adverse claimants.

## THE AIRCRAFT CRASH AND CLAIMS

226.    On January 31, 2025, the Aircraft took off from Northeast Philadelphia Regional Airport, carrying a patient who had been receiving medical treatment in the Philadelphia area, the patient's parent, two medical crew members, and two pilot crew members.

227.    The Aircraft was owned and operated by Med Jets S.A.

228.    The Aircraft had an ultimate destination in Mexico.

229.    Shortly after takeoff, the Aircraft crashed in Philadelphia, Pennsylvania.

230.    Initial reports and a preliminary investigation revealed that all six people aboard the Aircraft were killed.

231.    Reports also revealed that two people on the ground have died due to injuries from the accident, and at least twenty-four were injured.

232.    Initial reports stated that four properties near the crash site were completely destroyed, and approximately 300 others were affected in some manner.

233.    Representatives for governmental authorities have been in contact with affected residents in the area.

234.    Individuals affected by this Aircraft crash have made and will make claims against El Aguila's insured, Med Jets S.A., including Defendants/Claimants-In-Interpleader identified herein.

235.    El Aguila and Med Jets S.A. believe that the Defendants/Claimants-In-Interpleaders' demands will far exceed the Remaining Liability Limits of the El Aguila policy.

236.    El Aguila agrees to pay the Remaining Liability Limits under the El Aguila policy into this Court's registry in response to such expected claims.

## FIRST CAUSE OF ACTION

### Interpleader 28 U.S.C. § 1335 – El Aguila Policy AVI2400000000020 Remaining Per-Aircraft Liability Limit

237.    El Aguila and Med Jets S.A., incorporate the allegations in paragraphs 1 through 236 as if fully set forth herein.

238.    Subject to all applicable policy terms, conditions, limitations, exclusions, definitions, and endorsements, the El Aguila policy (Ex. 1) provides liability coverage of $10,000,000 per-aircraft pursuant to the following coverage provision, as translated from Spanish into English:

> **Coverage 1.- Civil liability for specified aircraft.**
> We will pay any amounts "THE INSURED" is legally obligated to indemnify third parties for "bodily injury" or "property damage" arising from the ownership, maintenance, or use of the "aircraft" specified in the Policy Declarations and/or in the Coverage Specification of the Policy.

(Ex. 2, p. 45.)

239.    The El Aguila policy defines "bodily injury" as "physical injury sustained by any person, caused by an 'occurrence' during the policy period, including illness, infection, mental anguish, and death resulting therefrom at any time."  (Ex. 2, p. 66.)

240.    The El Aguila policy defines "property damage" as "accidental damage to or destruction of tangible property of third parties caused by an 'occurrence' during the policy period, including loss of use of such property. 'Property damage' also includes loss of use of third-party property that are not physically damaged, but that was caused by an 'occurrence' during the policy period."  (Ex. 2, p. 69.)

241.    The El Aguila policy cover sheet identifies both the Aircraft and liability limits of $10,000,000 for the Aircraft.  (Ex. 2, p. 3.)

242.     The El Aguila policy form provides that this limit is the maximum limit of liability that El Aguila may have under the El Aguila policy, translated from Spanish into English as follows:

**B.**     **Maximum Limit of Liability for Clause 1 - Liability Coverage.**

The limits apply separately to each "insured aircraft" and each "insured." However, regardless of the number of "insureds" covered under the Policy; individuals or entities sustaining "bodily injury", "personal injury," "personal injury," or "property damage"; or claims made or lawsuits filed for "bodily injury," "personal injury," or "property damage", the Company's maximum liability for all damages, including loss of care and loss of services, arising from any "occurrence" shall not exceed the maximum Limit of Liability specified in the Policy Declarations and/or Coverage Specification as applicable to each "occurrence," or to the total aggregate for all occurrences during the policy period, if applicable. For purposes of determining the Company's Maximum Limit of Liability, all "bodily injury", "personal injury", and "property damage" derived from continuous or repeated exposure to the same general conditions shall be considered as arising from a single "occurrence".

(Ex. 2, p. 76.)

243.     The El Aguila policy provides for the defense of Med Jets, S.A. for covered lawsuits for "bodily injury" or "property damage," as follows:

**CLAUSE 2.- DEFENSE COSTS, AGREEMENTS AND SUPPLEMENTARY PAYMENTS.**

A.     We have the right and duty to defend "THE INSURED" against any "claim" for "bodily injury" or "property damage" covered under this Policy. However, we have no duty to defend "THE INSURED" against any "claim" for "bodily injury" or "property damage" not covered by this insurance. We may investigate and settle any lawsuit or "claim" as we deem appropriate, in accordance with the general, specific and special conditions governing this Policy. Our duty to defend or settle ends when the applicable Limit of Liability has been exhausted by the payment of judgments or settlements.

\* \* \*

(Ex. 2, p. 58.)

244.     Pursuant to this clause, El Aguila may settle any claim or lawsuit in which manner it deems appropriate.

41

245.    Pursuant to this clause, El Aguila's obligation to defend Med Jets S.A. ends upon the erosion of the limit of liability through trial or indemnity payments.

246.    Defendants/Claimants-In-Interpleader Shana Fletcher, L.F., R.R.D.V., Jamie Vasquez Viana, Nelson Daniels, Kyle Sokolowski, Posquale Dudley, Caseem Wongus, Harvey Garmeder, the Estate of Lizeth Murillo Osuna, the Estate of Valentina Guzman Murillo, the Estate of Raul Meza Arredondo, the Estate of Alan Montoya Perales the Estate of Steven Dreuitt, the Estate of Dominque Goods Burke, the Estate of Josue di Jesus Juarez, and the Estate of Rodrigo Lopez Padilla, Andre Howard, Jr., Lashawn Hamiel, A.H.-1, K.H., A.H.-2, and John Does 1-500 claim that they or their decedents suffered physical injury or death as a result of the Aircraft crash.

247.    Defendants/Claimants-In-Interpleader Shana Fletcher, Five Loaves, Inc., J and D Stein LLC, Frank Vans Auto Tag LLC, Richard Winn, Nilsa E. Romero, Naasir Graham, Delores Brooks, Alexis Lloyd, Thomas Chaw, Gregory Ott, Hanif Bolger, Erica Bolger, Deborah Chan, Karyna Rodriguez Lorenzo, J&J Properties LLC, Mohammed Benmbarek, Emily Chan, Rae L. Natale, Dolores McCarthy, Alberta McCarthy, Carmen Tibbs, Paulina Gomez, Miguel Rivera, Deborah Stein, Four Seasons Diner LLC, Hao Chen, Jian Huan Fang, Juan Bi Guan, Ren De Lin, K&Z Property LLC, Yuk Keung Pak, Pak Cui Qiong Tan, David Z. Dai, Michelle L. Dai, Maria A. Ott, Sherrie Butts-Woodhouse, James H. Woodhouse, Jr., Samuel Lin, Bo Hong Zeng, Zhu Gui Shuang, Jia He Properties LLC, Zengxi Ye, Terry Hui Chen, Yu Ying Jiang, Xinyun Zheng, Guangzheng Li, Bin Jian, Alberta E. McCarthy, Yating Wang, Deysis Margarita Collado De Rodriguez, Marek Keller, Kia C. Russomondo, Kim S. Burden, Guang Zong Li, Joyce Aner, Susan Usilton, Franco Gomez, Roosevelt Pharmacy LLC, Mattress Firm, Inc., Raising Cane's Restaurants, LLC, Northeast Donut Shops Management Corporation, The City of Philadelphia,

and XYZ Corporations 1-500 claim that they sustained damage to their property as a result of the Aircraft crash.

248.    Defendants/Claimants-In-Interpleader Fidelity and Guaranty Insurance Company, Nationwide Mutual Insurance Company and The Travelers Home and Marine Insurance Company have alleged or likely will allege in subrogation that their insureds sustained damage to their property as a result of the Aircraft crash.

249.    The combined demands of all Claimants-In-Interpleader will exceed the $10,000,000 per-aircraft liability coverage under the El Aguila policy.

250.    El Aguila has agreed to defend Med Jets S.A. and will continue to defend Med Jets S.A. until the exhaustion of the Liability Limits under the El Aguila policy, subject to the El Aguila policy terms, conditions, limitations, definitions, and exclusions.

251.    Applicable law can impose a duty upon an insurer to accept a settlement demand in certain circumstances, including a policy limits demand, or risk exposure beyond the limits of the insurance contract.

252.    El Aguila now faces multiple or inconsistent obligations because the demands of these claims can or will exhaust the Remaining Liability Limits.

253.    As a disinterested stakeholder under 28 U.S.C. § 1335, El Aguila has no interest in how competing claims to the Remaining Liability Limits are resolved and how the Remaining Liability Limits are disbursed.

254.    El Aguila and Med Jets S.A. have commenced this action so that the Remaining Liability Limits may be paid as ordered by this Court.

255.    Consistent with Fed. R. Civ. P. 67, El Aguila and Med Jets, S.A. seek an order to deposit the entirety of the Remaining Liability Limits with the Court's registry.

**PRAYER FOR RELIEF**

WHEREFORE, El Aguila and Med Jets S.A. respectfully request that this Court award the following relief:

A.     Issue process for all Defendants pursuant to 28 U.S.C. § 2361;

B.     Enter an Order pursuant to 28 U.S.C. § 2361 restraining or enjoining all Defendants from initiating or prosecuting any proceeding in a different court than this Court concerning coverage or bad faith claims arising from or related to El Aguila policy number AVI2400000000020;

C.     Enter an Order providing for the orderly contest of the issues and controversies presented herein consistent with 28 U.S.C. § 1335;

D.     Enter an Order consistent with 28 U.S.C. § 1335 giving El Aguila leave to deposit the Remaining Liability Limits into the Court's registry, or as this Court otherwise directs, to be paid out as this Court shall direct;

E.     Enter an Order consistent with 28 U.S.C. § 1335 releasing and discharging El Aguila for any and all liability under or related to El Aguila policy number AVI2400000000020;

F.     Award such costs, attorneys fees, and other relief as allowed by equity or law.

Dated: July 7, 2025                    Respectfully Submitted,

                                       CLYDE & CO US LLP

                                       By:   */s/ Konrad R. Krebs*
                                             Konrad R. Krebs (PA ID No. 319253)
                                             1515 Market Street
                                             Suite 1200
                                             Philadelphia, PA 19102
                                             T: (973) 210-6705
                                             konrad.krebs@clydeco.us

44

-and-

Alexander E. Potente (*pro hac vice* to follow)
150 California Street
15th Floor
San Francisco, CA 94111
T: (415) 365-9869
alex.potente@clydeco.us

*Attorneys for Plaintiff-In-Interpleader, El Águila Compania de Seguros*


VICTOR RANE GROUP, INC.

By:     */s/ J. Denny Shupe*
        J. Denny Shupe (PA ID No. 57749)
        Stephen J. Shapiro (PA ID No. 83961)
        Lee C. Schmeer (PA ID No. 318849)
        One Commerce Square
        2005 Market Street | Suite 3120
        Philadelphia, PA 19103
        dshupe@victorrane.com; (267) 297-3335
        sshapiro@victorrane.com; (267) 297-2249
        lschmeer@victorrane.com; (267) 297-3237

        *Attorneys for Plaintiff-In-Interpleader, Med Jets S.A. de C.V.*