UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EL ÁGUILA, COMPAÑÍA DE SUGUROS, S.A. DE C.V., et al.<br><br>Plaintiffs-In-Interpleader,<br><br>v.<br><br>FIDELITY AND GUARANTY INSURANCE COMPANY, et al.<br><br>Defendants-In-Interpleader. | Civil Action No. 2:25-cv-03464 |

### ENTRY OF APPEARANCE OF LEE C. SCHMEER

TO THE CLERK:

Please enter the appearance of Lee C. Schmeer as counsel for Plaintiff-In-Interpleader Med Jets S.A. de C.V.

    Respectfully Submitted,

    */s/ Lee C. Schmeer*
    J. Denny Shupe (PA ID No. 57749)
    Stephen J. Shapiro (PA ID No. 83961)
    Lee C. Schmeer (PA ID No. 318849)
    VICTOR RANE GROUP, INC.
    2005 Market Street, Suite 3120
    Philadelphia, PA 19103
    dshupe@victorrane.com; (267) 297-3335
    sshapiro@victorrance.com; (267) 297-2249
    lschmeer@victorrane.com; (267) 297-3227

    *Attorneys for Plaintiff-In-Interpleader, Med Jets S.A. de C.V.*

Dated:  July 8, 2025