UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EL ÁGUILA, COMPAÑÍA DE SUGUROS, S.A. DE C.V., et al.<br><br>Plaintiffs-In-Interpleader,<br><br>v.<br><br>FIDELITY AND GUARANTY INSURANCE COMPANY, et al.<br><br>Defendants-In-Interpleader. | Civil Action No. 2:25-cv-03464 |

### ENTRY OF APPEARANCE OF J. DENNY SHUPE

TO THE CLERK:

Please enter the appearance of J. Denny Shupe as counsel for Plaintiff-In-Interpleader Med Jets S.A. de C.V.

                                                    Respectfully Submitted,

                                                  */s/ J. Denny Shupe*
                                                  J. Denny Shupe (PA ID No. 57749)
                                                  Stephen J. Shapiro (PA ID No. 83961)
                                                  Lee C. Schmeer (PA ID No. 318849)
                                                  VICTOR RANE GROUP, INC.
                                                  2005 Market Street, Suite 3120
                                                  Philadelphia, PA 19103
                                                  dshupe@victorrane.com; (267) 297-3335
                                                  sshapiro@victorrance.com; (267) 297-2249
                                                  lschmeer@victorrane.com; (267) 297-3227

                                                  *Attorneys for Plaintiff-In-Interpleader, Med Jets S.A. de C.V.*

Dated:  July 8, 2025