AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

EL AGUILA, COMPANIA DE SEGUROS, S.A. DE C.V AND MED JETS, S.A. DE C.V.

*Plaintiff(s)*

v.

FIDELITY AND GUARANTY INSURANCE COMPANY; FIVE LOAVES, INC.; RICHARD WINN; NILSA E. ROMERO; J&J PROPERTIES LLC; J AND D STEIN LLC; FRANK VAN'S AUTO TAG LLC; SHANA FLETCHER; L.F. A MINOR; NAASIR GRAHAM; GREGORY OTT; THOMAS CHAW; ALEXIS LLOYD; DELORES BROOKS; HANIF BOLGER; ERICA BOLGER; DEBORAH CHAN; SHERRIE BUTTS-WOODHOUSE; KARYNA RODRIGUEZ LORENZO; ESTATE OF LIZETH MURILLO OSUNA; ESTATE OF VALENTINA GUZMAN MURILLO; ESTATE OF RAUL MEZA ARREDONDO; MOHAMMED BENMBAREK; EMILY CHAN; RAE L. NATALE; NATIONWIDE MUTUAL INSURANCE COMPANY; DOLORES MCCARTHY; ALBERTA MCCARTHY; CARMEN TIBBS; R.R.D.V. A MINOR; JAMIE VASQUEZ VIANA; NELSON DANIELS; PAULINA GOMEZ; KYLE SOKOLOWSKI; POSQUALE DUDLEY; MIGUEL RIVERA; DEBORAH STEIN; ESTATE OF STEVEN DREUITT; ESTATE OF DOMINIQUE GOODS BURKE; ESTATE OF JOSUE DE JESUS JUAREZ; ESTATE OF RODRIGO LOPEZ PADILLA; ESTATE OF ALAN MONTOYA PERALES; THE TRAVELERS HOME AND MARINE INSURANCE COMPANY; CASEEM WONGUS; HARVEY GARMEDER; MIRIAM ROTH; FOUR SEASONS DINER LLC; HAO CHEN; JIAN HUAN FANG; JUAN BI GUAN; REN DE LIN; K&Z PROPERTY LLC; YUK KEUNG PAK; PAK CUI QIONG TAN; DAVID Z. DAI; MICHELLE L. DAI; MARIA A. OTT; JAMES H. WOODHOUSE, JR.; SAMUEL LIN; BARRY LIU; BO HONG ZENG; ZHU GUI SHUANG; JIA HE PROPERTIES LLC; ZENGXI YE; TERRY HUI CHEN; YU YING JIANG; XINYUN ZHENG; GUANGZHENG LI; BIN JIANG; YATING WANG; DEYSIS MARGARITA COLLADO DE RODRIGUEZ; MAREK KELLER; KIA C. RUSSOMUNDO; KIM S. BURDEN; GUANG ZONG LI; ROOSEVELT PHARMACY LLC; MATTRESS FIRM, INC.; RAISING CANE'S RESTAURANTS, LLC; JOYCE ANER; VARIEDADES HONDUMEX GROCERY II INC.; ANDRE HOWARD JR.; LASHAWN HAMIEL; A.H.-1 A MINOR; K.H., a minor; A.H.-2 A MINOR; SUSAN USILTON; FRANCO GOMEZ; NORTHEAST DONUT SHOPS MANAGEMENT CORPORATION; THE CITY OF PHILADELPHIA; JOHN DOES 1-500 Fictitious & unknown individual defendants; XYZ CORPORATIONS 1-500 Fictitious & unknown individual corporations

*Defendant(s)*

Civil   25-3464

)
)
)
)
)
)
)
)
)
)
)
)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
KONRAD KREBS
Clyde & Co LLP
1515 Market Street Suite 1200
Philadelphia, PA 19102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   7/9/25

*s/Brian J. Weissman*
*Signature of Clerk or Deputy Clerk*

**George Wylesol, Clerk of Court**
**U.S. District Court, Eastern District of PA**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    25-3464

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: