IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number: 2:25-cv-03464-MRP

El Aguila Compania de Seguros S.A. de C.V. :
Med Jets, S.A. DE C.V. Av. Chapultepec :
      Plaintiffs-in-Interpleader :
    v. :
FIDELITY AND GUARANTY INSURANCE :
COMPANY, et al.
      Defendants

ORDER

AND NOW, this _____ day of _____ 2025, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED. The Clerk is DIRECTED to add  Alexander E. Potente , Esquire as counsel for El Aguila Compania de Seguros S.A. de C.V. Alexander E. Potente is DIRECTED to request ECF filing access using their PACER Account[1].

☐ DENIED.

_____, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number 2:25-cv-03464-MRP

## *MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

<u>MOVANT'S STATEMENT</u>

I, __Alexander E. Potente__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent Plaintiff in Interpleader, El Aguila Compania de Seguros. My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A. I state that I am currently admitted to practice in the following state jurisdiction(s):

| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
|---|---|---|
| California | 08/25/2000 | 208240 |
| Colorado | 05/24/2007 | 38731 |
| Washington | 05/24/2007 | 48858 |

B. I state that I am currently admitted to practice in the following federal jurisdiction(s):

| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
|---|---|---|
| USDC NORTHERN DISTRICT CALIFORNIA | 03/05/2003 | 208240 |
| USDC CENTRAL DISTRICT CALIFORNIA | 05/02/2011 | 208240 |
| USDC WESTERN DISTRICT WASHINGTON | 03/06/2015 | 208240 |

C. I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

*I am seeking to enter my appearance for Plaintiff In Interpleader, El Aguila Compania de Seguros S.A. de C.V.·*

Name of Attorney: Alexander E. Potente

Firm Address: Clyde & Co US LLP 150 California Street 15th Floor, San Francisco, CA 94111

Telephone Number: (415) 365-9800

Email Address: alex.potente@clydeco.us

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 9, 2025
*(Date)*    *(Movant's signature)*

<u>II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE</u>

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of __Alexander E. Potente__ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| Konrad R. Krebs | _[signature]_ | 10/27/20 | 319253 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

Clyde & Co US LLP 150 California Street 15th Floor, San Francisco, CA 94111

_I declare under penalty of perjury that the foregoing is true and correct._

*Executed on*   July 9, 2025          _[signature]_
                *(Date)*                                      *(Sponsor's signature)*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| El Aguila Compania de Seguros S.A. de C.V. | : | Case Number: 2:25-cv-03464-MRP |
| Med Jets, S.A. DE C.V. Av. Chapultepec | : | |
|     Plaintiffs-in-Interpleader | : | |
| v. | : | |
| | : | |
| FIDELITY AND GUARANTY INSURANCE COMPANY, et al. | : | |
|     Defendants | | |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of Alexander E. Potente, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed order, which, if granted, would permit such practice in this court was served on as follows:

_____
(Signature of Attorney)

Konrad R. Krebs
(Name of Attorney)

El Aguila Compania de Seguros S.A. de C.V.
(Name of Moving Party)

July 9, 2025
_____
(Date)