UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EL ÁGUILA, COMPAÑÍA DE SUGUROS, S.A. DE C.V., et al.<br><br>Plaintiffs-In-Interpleader,<br><br>v.<br><br>FIDELITY AND GUARANTY INSURANCE COMPANY, et al.<br><br>Defendants-In-Interpleader. | Civil Action No. 2:25-cv-03464 |

**ENTRY OF APPEARANCE**

TO THE CLERK:

Please enter the appearance of Michael F. Wallace, of The Law Offices of Robert A. Stutman, P.C., as counsel for Defendants Nationwide Mutual Insurance Company; J&J Properties, LLC; Rae L. Natale; Dolores McCarthy; and Alberta McCarthy.

Respectfully submitted,

/s/ Michael F. Wallace
Michael F. Wallace (PA I.D. No. 84195)
Law Offices of Robert A. Stutman, P.C.
20 E. Taunton Road, Suite 403
Berlin, NJ 08009
T: (856) 767-6800 ext. 14
Email: wallacem@stutmanlaw.com
*Attorney for Defendants Nationwide Mutual Insurance Company, J&J Properties, LLC, Rae L. Natale, Dolores McCarthy, and Alberta McCarthy*

Dated: July 23, 2025