CITY OF PHILADELPHIA LAW DEPARTMENT
WILLIAM B. SHUEY, SENIOR ATTORNEY
PA ATTORNEY IDENTIFICATION NO. 208792
1515 ARCH STREET – 15TH FLOOR
PHILADELPHIA, PA  19102-1595
(267) 357-3168 - Telephone
*Attorney for Claimant-In-Interpleader*

---

| | |
|---|---|
| EL AGUILA, COMPANIA DE SEGUROS, S.A. DE C.V., et al. : <br>     Plaintiff : <br> : <br> v. : <br> : <br> FIDELITY AND GUARANTY INSURANCE COMPANY, et al., : <br>     Claimant-In-Interpleader : | CIVIL ACTION No. 2:25-cv-03464-MRP |

## PRAECIPE TO ENTER APPEARANCE

TO THE OFFICE OF JUDICIAL RECORDS:

    Kindly enter the appearance of William B. Shuey as counsel of record for City of Philadelphia, Claimant-in-Interpleader, in the above captioned matter.

.                       CITY OF PHILADELPHIA

                         LAW DEPARTMENT

          BY:     */s/ William B. Shuey*
                      William B. Shuey, Senior Attorney
                      City of Philadelphia Law Department
                      Affirmative and Special Litigation
                      One Parkway Building, 15th Floor
                      1515 Arch Street, 15th Floor
                      Philadelphia, PA 19102-1595
                      Tel: (267) 357-3168
                      William.Shuey@phila.gov
                      *Counsel for Claimant-In-Interpleader*

DATED: August 14, 2025

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the date below, I filed foregoing Entry of Appearance by Notice of Docket Activity sent automatically by CM/ECF on the following counsel who are registered as CM/ECF filing users who have consented to acting electronic service through CM/ECF:

      /s/ William B. Shuey
William B. Shuey, Senior Attorney
City of Philadelphia Law Department
PA Attorney I.D. No. 208792
1515 Arch Street, 15th Floor
Philadelphia, PA 19102
Phone: (267) 357-3168
Fax: (215) 683-5299
William.Shuey@phila.gov

DATED: August 14, 2025