# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EL ÁGUILA, COMPAÑÍA DE SUGUROS, S.A. DE C.V., et al.

                Plaintiffs-In-Interpleader,

    v.

FIDELITY AND GUARANTY INSURANCE COMPANY, et al.

                Claimants/Defendants-In-Interpleader.

Civil Action No. 2:25-cv-03464

## NOTICE OF WITHDRAWAL OF WAIVER OF SERVICE

TO THE CLERK:

      Kindly withdrawal the Waiver of Service for the Estate of Valentina Guzman Murillo (Dkt. 30), which was submitted in error.

                Respectfully submitted,

                */s/ Stephen J. Shapiro*
                J. Denny Shupe (PA ID No. 57749)
                Stephen J. Shapiro (PA ID No. 83961)
                Lee C. Schmeer (PA ID No. 318849)
                VICTOR RANE GROUP, INC.
                2005 Market Street, Suite 3120
                Philadelphia, PA 19103
                dshupe@victorrane.com; (267) 297-3335
                sshapiro@victorrance.com; (267) 297-2249
                lschmeer@victorrane.com; (267) 297-3227

                *Attorneys for Plaintiff-In-Interpleader, Med Jets S.A. de C.V.*