UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EL ÁGUILA, COMPAÑÍA DE SUGUROS, S.A. DE C.V., et al. | Civil Action No.: 2:25-cv-03464 |
| Plaintiffs-In-Interpleader, | |
| V. | |
| FIDELITY AND GUARANTY INSURANCE COMPANY, et al. | |
| Defendants-In-Interpleader. | |

**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR CLAIMANTS-IN-INTERPLEADER TO RESPOND TO COMPLAINT IN INTERPLEADER**

The Plaintiffs, **EL ÁGUILA, COMPAÑÍA DE SUGUROS, S.A. DE C.V., et al.,** and the Defendant, **FOUR SEASONS DINER LLC,** hereby stipulate and agree as follows:

The Defendant, **FOUR SEASONS DINER LLC,** shall have an extension until September 12, 2025, to file an Answer or otherwise respond to the Complaint-In-Interpleader filed on July 7, 2025.

| | |
|---|---|
| /s/ David S. Berman | /s/ Stephen J. Shapiro |
| DAVID S. BERMAN, ESQ. (ID 66913) | STEPHEN J. SHAPIRO, ESQ. (ID 83961) |
| Matkoff, Shengold, Berman, Goodnow & Associates, P.C. | Victor Rane Group, Inc. |
| 1101 Market Street – Suite 2500 | 2005 Market Street – Suite 3120 |
| Philadelphia, PA 19107 | Philadelphia, PA 19103 |
| (215) 922 – 6073 | (267) 297 – 2249 |
| dberman@msbglaw.com | sshapiro@victorrane.com |
| *Attorney for Defendant,* | *Attorney for Plaintiff-In-Interpleader,* |
| *FOUR SEASONS DINER LLC* | *MED JETS, S.A. de C.V.* |

*(Continued Over)*

_____
KONRAD R. KREBS, ESQ. (ID 319253)
Clyde & Co. US, LLP
1515 Market Street – Suite 1200
Philadelphia, PA 19102
(973) 210 – 6705
Konrad.krebs@clydeco.us
*Attorney for Plaintiff-In-Interpleader,*
*EL ÁGUILA, COMPAÑÍA DE SUGUROS*


DATED:    08/21/2025


**APPROVED BY THE COURT:**


_____
**HON. MIA R. PEREZ**
*United States District Court*


DATED:    August 21, 2025