IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EL ÁGUILA, COMPAÑÍA DE SUGUROS, S.A. DE C.V., et al., | : : Civil Action No. 2:25-cv-03464-MRP : |
| Plaintiffs-In-Interpleader, | : : |
| v. | : : |
| FIDELITY AND GUARANTY INSURANCE COMPANY, et al., | : : : : |
| Claimants-In-Interpleader. | : |

## ORDER

AND NOW, this day _____ of _____, 2025, upon consideration of Claimant-In-Interpleader Raising Cane's Restaurants, LLC's Uncontested Motion to Extend Time to Respond to Plaintiffs-In-Interpleader's Complaint, it is hereby ORDERED that the Motion is GRANTED. Raising Cane's shall have until sixty (60) days from the date of this Order to respond to Plaintiffs-In-Interpleader's Complaint.

 

**HONORABLE MIA ROBERTS PEREZ**
**United States District Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EL ÁGUILA, COMPAÑÍA DE SUGUROS, S.A. DE C.V., et al., : : : | Civil Action No. 2:25-cv-03464-MRP |
| Plaintiffs-In-Interpleader, : : | |
| v. : : | |
| FIDELITY AND GUARANTY INSURANCE COMPANY, et al., : : : : | |
| Claimants-In-Interpleader. : | |

**CLAIMANT-IN-INTERPLEADER RAISING CANE'S RESTAURANTS, LLC'S UNCONTESTED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS-IN-INTERPLEADER'S COMPLAINT**

Claimant-In-Interpleader Raising Cane's Restaurants, LLC ("Raising Cane's") respectfully moves the Court for a sixty-day extension of time to file a responsive pleading to Plaintiffs-In-Interpleader's Complaint, stating as follows:

1. Plaintiffs-In-Interpleader commenced this interpleader action by filing a Complaint against Raising Cane's on July 7, 2025. (ECF No. 1.)

2. Plaintiffs-In-Interpleader served the Summons and Complaint on Raising Cane's on August 6, 2025.

3. Proof of service was received by Raising Cane's but has not yet been filed by Plaintiffs-In-Interpleader.

4. Raising Cane's response to the Complaint is currently due on August 27, 2025.

5. On August 15, 2025, counsel for Raising Cane's requested from counsel for Plaintiffs-In-Interpleader an extension of sixty days to respond to the Complaint.

1

6. Counsel for Plaintiffs-In-Interpleader agreed to a sixty-day extension to respond to the Complaint.

7. This is Raising Cane's first request to extend the deadline to respond to Plaintiffs-In-Interpleader's Complaint.

8. Extending Raising Cane's deadline to respond to the Complaint will enable Raising Cane's to assemble the necessary information to respond.

9. This Motion is not submitted to cause delay or prejudice.

10. This Motion is uncontested.

WHEREFORE, Raising Cane's respectfully requests that the Court grant this Uncontested Motion and extend Raising Cane's deadline to respond to the Complaint until sixty (60) days from the date of the Court's Order on this Motion.

Dated: August 22, 2025

Respectfully submitted,

HUSCH BLACKWELL LLP

By: */s/ Magda Patitsas*
Magda Patitsas, Esq. (PA ID No. 318476)
1801 Pennsylvania Avenue, NW, Suite 1000
Washington, D.C. 20006
Telephone: 202.378.2300
Facsimile: 202.379.2319
Magda.Patitsas@huschblackwell.com
*Attorney for Raising Cane's Restaurants, LLC*

2

## **CERTIFICATE OF COUNSEL**

I, Magda Patitsas, hereby certify that the above and foregoing Motion to Extend Time to Respond to Plaintiffs-In-Interpleader's Complaint is uncontested.

*/s/ Magda Patitsas*
Magda Patitsas, Esq.
*Attorney for Raising Cane's Restaurants, LLC*

3

**CERTIFICATE OF SERVICE**

I, Magda Patitsas, hereby certify that on this 22nd day of August, 2025, a true and correct copy of the above and foregoing was served via CM/ECF on all parties of record.

/s/ *Magda Patitsas*
Magda Patitsas, Esq.
*Attorney for Raising Cane's Restaurants, LLC*

4