**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| EL ÁGUILA, COMPAÑÍA DE SUGUROS, S.A. DE C.V., et al. | : : : | |
| | : | Civil Action No.: 2:25-cv-03464 |
| **Plaintiffs-In-Interpleader,** | : : : | |
| V. | : : | |
| FIDELITY AND GUARANTY INSURANCE COMPANY, et al. | : : : | |
| **Defendants-In-Interpleader.** | : : : : | |

**ANSWER OF CLAIMANT-IN-INTERPLEADER, FOUR SEASONS DINER, LLC, TO PLAINTIFFS-IN-INTERPLEADER COMPLAINT IN INTERPLEADER**

Claimant-In-Interpleader, Four Seasons Diner, LLC, hereby submits this Answer to the Complaint In Interpleader with a statement of claim and affirmative defenses and states as follows:

**INTRODUCTION**

1. Admitted.

2. Admitted.

3. Denied. Four Seasons Diner, LLC, after reasonable investigation, is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraphs and therefore denies them. Moreover, the corresponding paragraph(s) contain conclusions of law to which no response is required.

4. Denied. Four Seasons Diner, LLC, after reasonable investigation, is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraphs and therefore denies them.

5. Denied. Four Seasons Diner, LLC, after reasonable investigation, is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraphs and therefore denies them.

6. Denied. Four Seasons Diner, LLC, after reasonable investigation, is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraphs and therefore denies them.

7. Denied. The corresponding paragraph(s) contain conclusions of law to which no response is required.

8. Denied. The corresponding paragraph(s) contain conclusions of law to which no response is required.

9. Denied. The corresponding paragraph(s) contain conclusions of law to which no response is required.

## BACKGROUND

10. Denied. The corresponding paragraph(s) contain conclusions of law to which no response is required.

11. Admitted.

12. Admitted.

13. Admitted.

14. Denied. To the extent that this paragraph references a written document that document speaks for itself and any characterization thereof is denied.

15. Admitted.

16. Admitted.

17. Admitted.

18.  Admitted.

19.  Admitted.

20.  Admitted.

21.  Admitted.

22.  Admitted.

23.  Admitted only to the extent that is related to Four Seasons Diner, LLC. Moreover, Four

     Seasons Diner, LLC, asserts claims for property damage and other costs, such as but not

     limited to property damage, final amounts due for damage and loss of business to be

     determined. Otherwise denied. As to the allegations regarding parties other than Four

     Seasons Diner, LLC, the averments contained in the corresponding paragraph are addressed

     to defendants other than Four Seasons Diner, LLC, and Four Seasons Diner, LLC, is

     therefore advised that no further answer is required to these averments.

24.  Denied. The averments contained in the corresponding paragraph are addressed to

     defendants other than Four Seasons Diner, LLC, and Four Seasons Diner, LLC, is therefore

     advised that no further answer is required to these averments.

25.  Denied. The averments contained in the corresponding paragraph are addressed to

     defendants other than Four Seasons Diner, LLC, and Four Seasons Diner, LLC, is therefore

     advised that no further answer is required to these averments.

26.  Denied. The averments contained in the corresponding paragraph are addressed to

     defendants other than Four Seasons Diner, LLC, and Four Seasons Diner, LLC, is therefore

     advised that no further answer is required to these averments.

27. Denied. The averments contained in the corresponding paragraph are addressed to defendants other than Four Seasons Diner, LLC, and Four Seasons Diner, LLC, is therefore advised that no further answer is required to these averments.

28. Denied. The averments contained in the corresponding paragraph are addressed to defendants other than Four Seasons Diner, LLC, and Four Seasons Diner, LLC, is therefore advised that no further answer is required to these averments.

29. Denied. The averments contained in the corresponding paragraph are addressed to defendants other than Four Seasons Diner, LLC, and Four Seasons Diner, LLC, is therefore advised that no further answer is required to these averments.

30. Denied. The averments contained in the corresponding paragraph are addressed to defendants other than Four Seasons Diner, LLC, and Four Seasons Diner, LLC, is therefore advised that no further answer is required to these averments.

31. Denied. The averments contained in the corresponding paragraph are addressed to defendants other than Four Seasons Diner, LLC, and Four Seasons Diner, LLC, is therefore advised that no further answer is required to these averments.

32. Denied. Four Seasons Diner, LLC, after reasonable investigation, is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraphs and therefore denies them.

33. Denied. Four Seasons Diner, LLC, after reasonable investigation, is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraphs and therefore denies them. Moreover, the corresponding paragraph(s) contain conclusions of law to which no response is required.

34. Denied. The corresponding paragraph(s) contain conclusions of law to which no response is required.

35. Denied. Four Seasons Diner, LLC, after reasonable investigation, is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraphs and therefore denies them. Moreover, the corresponding paragraph(s) contain conclusions of law to which no response is required.

36. Denied. Four Seasons Diner, LLC, after reasonable investigation, is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraphs and therefore denies them. Moreover, the corresponding paragraph(s) contain conclusions of law to which no response is required.

37. Denied. The corresponding paragraph(s) contain conclusions of law to which no response is required.

38. Denied. Four Seasons Diner, LLC, after reasonable investigation, is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraphs and therefore denies them. Moreover, the corresponding paragraph(s) contain conclusions of law to which no response is required.

39. Denied. Four Seasons Diner, LLC, after reasonable investigation, is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraphs and therefore denies them. Moreover, the corresponding paragraph(s) contain conclusions of law to which no response is required.

40. Denied. The corresponding paragraph(s) contain conclusions of law to which no response is required.

41.   Denied. Four Seasons Diner, LLC, after reasonable investigation, is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraphs and therefore denies them. Moreover, the corresponding paragraph(s) contain conclusions of law to which no response is required.

42.   Denied. The corresponding paragraph(s) contain conclusions of law to which no response is required.

43.   Denied. The corresponding paragraph(s) contain conclusions of law to which no response is required.

## JURISDICTION AND VENUE

44.   Denied. Four Seasons Diner, LLC, after reasonable investigation, is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraphs and therefore denies them. Moreover, the corresponding paragraph(s) contain conclusions of law to which no response is required.

45.   Denied. Four Seasons Diner, LLC, after reasonable investigation, is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraphs and therefore denies them. Moreover, the corresponding paragraph(s) contain conclusions of law to which no response is required.

46.   Admitted.

## THE PARTIES

47.   Denied. Four Seasons Diner, LLC, after reasonable investigation, is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraphs and therefore denies them.

48.  Denied. The corresponding paragraph(s) contain conclusions of law to which no response is required.

49.  Denied. Four Seasons Diner, LLC, after reasonable investigation, is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraphs and therefore denies them.

50.  Denied. Four Seasons Diner, LLC, after reasonable investigation, is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraphs and therefore denies them.

51. – 136. Denied. The averments contained in the corresponding paragraph are addressed to defendants other than Four Seasons Diner, LLC, and Four Seasons Diner, LLC, is therefore advised that no further answer is required to these averments.

137.  Denied as Stated. Admitted  to the extent that Four Seasons Diner, LLC, is a limited liability company organized under the laws of the State of Pennsylvania  with a principle place of business in Philadelphia, Pennsylvania.

138.  Admitted. Four Seasons Diner, LLC, asserts claims for property damage and other costs, such as but not limited to property damage, final amounts due for damage and loss of business to be determined. This assertion is without limitation to future statements of claim that may arise.

139. – 225. Denied. The averments contained in the corresponding paragraph are addressed to defendants other than Four Seasons Diner, LLC, and Four Seasons Diner, LLC, is therefore advised that no further answer is required to these averments.

**THE AIRCRAFT CRASH AND CLAIMS**

226.  Admitted.

227. Admitted.

228. Admitted.

229. Admitted.

230. Admitted.

231. Admitted.

232. Admitted.

233. Denied. Four Seasons Diner, LLC, after reasonable investigation, is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraphs and therefore denies them.

234. Denied. Four Seasons Diner, LLC, after reasonable investigation, is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraphs and therefore denies them. Moreover, the corresponding paragraph(s) contain conclusions of law to which no response is required.

235. Denied. Four Seasons Diner, LLC, after reasonable investigation, is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraphs and therefore denies them. Moreover, the corresponding paragraph(s) contain conclusions of law to which no response is required.

236. Denied. Four Seasons Diner, LLC, after reasonable investigation, is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraphs and therefore denies them. Moreover, the corresponding paragraph(s) contain conclusions of law to which no response is required.

## FIRST CAUSE OF ACTION

237. The Claimant-In-Interpleader, Four Seasons Diner, LLC, incorporates by reference its answers to paragraphs 1 through 236, inclusively, as fully as though the same were here set forth at length.

238. Denied. The corresponding paragraph(s) contain conclusions of law to which no response is required. Moreover, Four Seasons Diner, LLC, after reasonable investigation, is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies them. Additionally, to the extent that this paragraph references a written document, that document speaks for itself and any characterization thereof is denied.

239. Denied. The corresponding paragraph(s) contain conclusions of law to which no response is required. Moreover, Four Seasons Diner, LLC, after reasonable investigation, is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies them. Additionally, to the extent that this paragraph references a written document, that document speaks for itself and any characterization thereof is denied.

240. Denied. The corresponding paragraph(s) contain conclusions of law to which no response is required. Moreover, Four Seasons Diner, LLC, after reasonable investigation, is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies them. Additionally, to the extent that this paragraph references a written document, that document speaks for itself and any characterization thereof is denied.

241. Denied. The corresponding paragraph(s) contain conclusions of law to which no response is required. Moreover, Four Seasons Diner, LLC, after reasonable investigation, is without

knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies them. Additionally, to the extent that this paragraph references a written document, that document speaks for itself and any characterization thereof is denied.

242. Denied. The corresponding paragraph(s) contain conclusions of law to which no response is required. Moreover, Four Seasons Diner, LLC, after reasonable investigation, is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies them. Additionally, to the extent that this paragraph references a written document, that document speaks for itself and any characterization thereof is denied.

243. Denied. The corresponding paragraph(s) contain conclusions of law to which no response is required. Moreover, Four Seasons Diner, LLC, after reasonable investigation, is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies them. Additionally, to the extent that this paragraph references a written document, that document speaks for itself and any characterization thereof is denied.

244. Denied. The corresponding paragraph(s) contain conclusions of law to which no response is required. Additionally, to the extent that this paragraph references a written document, that document speaks for itself and any characterization thereof is denied.

245. Denied. The corresponding paragraph(s) contain conclusions of law to which no response is required. Additionally, to the extent that this paragraph references a written document, that document speaks for itself and any characterization thereof is denied.

246. Denied. The averments contained in the corresponding paragraph(s) are addressed to defendants other than Four Seasons Diner, LLC, and Four Seasons Diner, LLC is therefore advised that no further answer is required to these averments.

247. Admitted only to the extent that it relates to Four Seasons Diner, LLC. Moreover, Four Seasons Diner, LLC, asserts claims for property damage and other costs, such as but not limited to property damage, final amounts due for damage and loss of business to be determined. This assertion is without limitation to future statements of claim that may arise. Otherwise denied. As to the allegations regarding parties other than Four Seasons Diner, LLC, the averments contained in the corresponding paragraph are addressed to defendants other than Four Seasons Diner, LLC, and Four Seasons Diner, LLC is therefore advised that no further answer is required to these averments.

248. Denied. The averments contained in the corresponding paragraph(s) are addressed to defendants other than Four Seasons Diner, LLC, and Four Seasons Diner, LLC is therefore advised that no further answer is required to these averments.

249. Denied. The corresponding paragraph(s) contain conclusions of law to which no response is required. Moreover, Four Seasons Diner, LLC, after reasonable investigation, is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies them.

250. Denied. The corresponding paragraph(s) contain conclusions of law to which no response is required. Moreover, Four Seasons Diner, LLC, after reasonable investigation, is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies them.

251. Denied. The corresponding paragraph(s) contain conclusions of law to which no response is required.

252. Denied. The corresponding paragraph(s) contain conclusions of law to which no response is required. Moreover, Four Seasons Diner, LLC, after reasonable investigation, is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies them..

253. Denied. The corresponding paragraph(s) contain conclusions of law to which no response is required. Moreover, Four Seasons Diner, LLC, after reasonable investigation, is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies them.

254. Denied. The corresponding paragraph(s) contain conclusions of law to which no response is required. Moreover, Four Seasons Diner, LLC, after reasonable investigation, is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies them.

255. Denied. The corresponding paragraph(s) contain conclusions of law to which no response is required.

WHEREFORE, Four Seasons Diner, LLC, Claimant-In-Interpleader, respectfully requests that this Court deny the release and discharge of the Plaintiffs, and thereafter award to Four Seasons Diner, LLC, its costs and claims as asserted herein.

## **STATEMENT OF CLAIM**

256. Four Seasons Diner, LLC, asserts claims against each of the Plaintiffs-In-Interpleader for property damage and other costs, such as but not limited to property damage, final amounts

due for damage and loss of business to be determined. This assertion is without limitation to future statements of claim that may arise.

257.  Four Seasons Diner, LLC asserts its claim against Plaintiffs-In-Interpleader without waiver of any future claim for indemnity or contribution against Plaintiffs-In-Interpleader, whether based in common law or contract, for any damages asserted by any party against Four Seasons Diner, LLC in relation to the subject Aircraft Crash.

WHEREFORE, Four Seasons Diner, LLC, Claimant-In-Interpleader, respectfully requests that this Court grant its claim against Plaintiffs-In-Interpleader, and further, that any discharge of liability be limited only to Four Seasons Diner, LLC's direct claims for damages against Plaintiffs, but not any claims for contribution or indemnity.

## AFFIRMATIVE DEFENSES

FIRST DEFENSE: The Complaint-In-Interpleader fails to state a claim against upon which relief may be granted.

SECOND DEFENSE: Upon information and belief, Plaintiffs' claims are barred, in whole or in part, based upon the doctrines of waiver and estoppel.

THIRD DEFENSE: Upon information and belief, Plaintffs' release and discharge are barred, in whole or in part, by Plaintiffs' own conduct which evidences a lack of equity.

FOURTH DEFENSE: Whether the stated insurance policy is sufficient to cover all claims is impossible to know until all claims are asserted. Four Seasons Diner, LLC reserves the right to amend its claims accordingly.

FIFTH DEFENSE: Four Seasons Diner, LLC does not waive its rights to assert claims for contribution or indemnity against the Plaintiffs-In-Interpleader, or any other party, whether based in common law or contract, for any damages asserted by any party against Four Seasons Diner,

LLC in relation to the Subject Aircraft Crash. Allowing discharge of any such claims through the

instant action would be inequitable and unfairly prejudicial to Four Seasons Diner, LLC.


Respectfully Submitted,

Dated:  09/11/2025

**MATKOFF, SHENGOLD, BERMAN,
GOODNOW & ASSOCIATES, P.C.**


BY: _____
DAVID S. BERMAN, ESQUIRE
I.D. #: 66913
1101 Market Street – Suite 2500
Philadelphia, PA 19107
P#: (215) 922 – 6073
F#: (215) 922 – 5787
dberman@msbglaw.com
*(Attorney for Defendant-In-Interpleader,
Four Seasons Diner, LLC)*

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, I filed the foregoing Answer to Complaint by Notice of Docket Activity sent automatically by CM/ECF on the following counsel who are registered as CM/ECF filing users who have consented to acting electronic service through CM/ECF:

**CLYDE & CO US LLP**

Konrad R. Krebs, Esquire
I.D. #: 319253
Konrad.krebs@clydeco.us
P#: (973) 210 – 6705
1515 Market Street – Suite 1200
Philadelphia, PA 19102

Alexander E. Potente, Esquire
I.D. #: 208240
Alex.Potente@clydeco.us
P#: (415) 365 – 9869
150 California Street – 15TH Floor
San Francisco, CA 94111

*Attorneys for Plaintiffs-In-Interpleader, El Águila, Compañía De Suguros*

**VICTOR RANE GROUP, INC.**

J. Denny Shupe, Esquire
I.D. #: 57749
Dshupe@victorrane.com
P#: (267) 297 – 3335

Stephen J. Shapiro, Esquire
I.D. #: 83961
Sshapiro@victorrane.com
P#: (267) 297 – 2249

Lee C. Schmeer, Esquire
I.D. #: 318849
Lschmeer@victorrane.com
P#: (267) 297 – 3237

One Commerce Square
2500 Market Street – Suite 3120
Philadelphia, PA 19103

*Attorneys for Plaintiff-In-Interpleader, Med Jets S.A. de C.V.*

DATED: 09/11/2025

MATKOFF, SHENGOLD, BERMAN, GOODNOW & ASSOCIATES, P.C.

BY: _David S. Berman_
DAVID S. BERMAN, ESQUIRE
I.D. #: 66913
1101 Market Street – Suite 2500
Philadelphia, PA 19107
P#: (215) 922 – 6073
F#: (215) 922 – 5787
dberman@msbglaw.com
*(Attorney for Defendant-In-Interpleader, Four Seasons Diner, LLC)*