# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EL ÁGUILA, COMPAÑÍA DE SEGUROS, S.A. DE C.V. <br><br> and <br><br> MED JETS, S.A. DE C.V., <br><br>                     Plaintiffs-In-Interpleader, <br><br> v. <br><br> FIDELITY AND GUARANTY INSURANCE COMPANY, et al., <br><br>                     Defendants/Claimants-In-Interpleader, <br><br> and <br><br> GERALD TUCKER, <br><br>                     Defendant/Intervenor, | No. 2:25-cv-03464 |

## GERALD TUCKER'S MOTION TO INTERVENE
## AS DEFENDANT / CLAIMANT-IN-INTEREST

    Gerald Tucker ("Tucker") moves to intervene as defendant/claimant-in-interpleader as of right pursuant to Fed. R. Civ. P. 24(a)(2) or, alternatively, for permissive intervention under Rule 24(b)(1). Since Gerald Tucker's claims are timely brought and he has an interest in this litigation, he respectfully requests that the Court grant his motion to intervene as a right, or in the alternative, grant him permissive intervention.

    A brief in support of this Motion is being filed contemporaneously herewith and are incorporated by reference.

WHEREFORE, Gerald Tucker respectfully requests this Court grant his Motion to Intervene as Defendant / Claimant-in-Interest.

Respectfully submitted,

Dated: October 10, 2025

DEVERS MISKA LAW
*/s/ Cynthia M. Devers*

Cynthia M. Devers, Esq.
Michael S. Miska, Esq.
One Bala Plaza, Suite 635
Bala Cynwyd, PA 19004
T: (215) 714-4030
F: (215) 714-4031
Email cdevers@dmllc.law
mmiska@dmllc.law

**Attorneys for Proposed Intervener Gerald Tucker**

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that on this date, the foregoing motion was filed electronically and served on all counsel of record via the ECF system of the United States District Court for the Eastern District of Pennsylvania.


Dated: October 10, 2025                                    */s/ Cynthia M. Devers*