IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EL AGUILA, COMPANIA DE SEGUROS, S.A. DE C.V., et al.<br><br>*Plaintiffs-In-Interpleader*<br><br>v.<br><br>FIDELITY AND GUARANTY INSURANCE COMPANY, et al.<br><br>*Claimants-In-Interpleader* | Civil Action No. 2:25-cv-03464-MRP |

**NOTICE OF APPEARANCE OF COUNSEL**

TO:    The clerk of court and all parties of record,

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Claimants-In-Interpleader, Jamie Vasquez Viana, individually and as Parent and Natural Guardian of R.R.D.V., a Minor, Estate of Dominique Goods Burke, Estate of Steven Dreuitt, Estate of Lizeth Murillo Osuna, and Estate of Raul Meza Arredondo.


Date: October 15, 2025              By: */s/ Jeffrey P. Goodman*
                                    Jeffrey P. Goodman
                                    PA ID: 309433
                                    Saltz Mongeluzzi Bendesky P.C.
                                    1650 Market St., 52nd Floor
                                    Philadelphia, PA 19103
                                    Tel: (215) 575-2970
                                    jgoodman@smbb.com
                                    *Counsel for Claimants-In-Interpleader*

**CERTIFICATE OF SERVICE**

  I, Jeffrey P. Goodman, hereby certify that on this 15th day of October, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                 */s/ Jeffrey P. Goodman*
                 Jeffrey P. Goodman