IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EL AGUILA, COMPANIA DE SEGUROS, S.A. DE C.V., et al.<br><br>*Plaintiffs-In-Interpleader*<br><br>v.<br><br>FIDELITY AND GUARANTY INSURANCE COMPANY, et al.<br><br>*Claimants-In-Interpleader* | Civil Action No. 2:25-cv-03464-MRP |

### NOTICE OF APPEARANCE OF COUNSEL

TO:   The clerk of court and all parties of record,

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Claimants-In-Interpleader, Jamie Vasquez Viana, individually and as Parent and Natural Guardian of R.R.D.V., a Minor, Estate of Dominique Goods Burke, Estate of Steven Dreuitt, Estate of Lizeth Murillo Osuna, and Estate of Raul Meza Arredondo.

Date: <u>October 15, 2025</u>

By: <u>*/s/ Robert J. Mongeluzzi*</u>
Robert J. Mongeluzzi
PA ID: 36283
Saltz Mongeluzzi Bendesky P.C.
1650 Market St., 52nd Floor
Philadelphia, PA 19103
Tel: (215) 496-8282
rmongeluzzi@smbb.com
*Counsel for Claimants-In-Interpleader*

**CERTIFICATE OF SERVICE**

    I, Robert J. Mongeluzzi, hereby certify that on this 15th day of October, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                              */s/ Robert J. Mongeluzzi*
                                                              Robert J. Mongeluzzi