IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EL AGUILA, COMPANIA DE SEGUROS, S.A. DE C.V., et al.<br><br>*Plaintiffs-In-Interpleader*<br><br>v.<br><br>FIDELITY AND GUARANTY INSURANCE COMPANY, et al.<br><br>*Claimants-In-Interpleader* | Civil Action No. 2:25-cv-03464-MRP |

**STIPULATION FOR EXTENSION OF TIME FOR CLAIMANTS-IN-INTERPLEADER, JAMIE VASQUEZ VIANA, INDIVIDUALLY AND AS PARENT AND NATURAL GUARDIAN OF R.R.D.V, A MINOR, ESTATE OF DOMINIQUE GOODS BURKE, ESTATE OF STEVEN DREUITT, ESTATE OF LIZETH MURILLO OSUNA, AND ESTATE OF RAUL MEZA ARREDONDO, TO RESPOND TO COMPLAINT IN INTERPLEADER**

Plaintiffs-In-Interpleader, El Aguila Compania de Seguros, S.A. de C.V. and Med Jets, S.A. de C.V. ("Plaintiffs"), and Claimants-In-Interpleader, Jamie Vasquez Viana, individually and as Parent and Natural Guardian of R.R.D.V., a Minor, Estate of Dominique Goods Burke, Estate of Steven Dreuitt, Estate of Lizeth Murillo Osuna, and Estate of Raul Meza Arredondo ("Claimants"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1. Plaintiffs-In-Interpleader initiated the instant action by filing a Complaint-In-Interpleader on July 7, 2025.

2. On August 21, 2025, Claimants executed a Waiver of the Service of Summons through their counsel, and Claimants' deadline to respond to the Complaint-In-Interpleader was set for October 17, 2025. *See* ECF 25, 26, 27, 28, 29, 31.

3. On October 15, 2025, Claimant's counsel conferred with Plaintiffs' counsel to request a 30-day extension, or until November 17, 2025, to respond to the Complaint-In-Interpleader. Plaintiffs' counsel agreed.

4. Claimants shall have up to and including November 17, 2025, to respond to the Complaint-In-Interpleader.

By: /s/ Jeffrey P. Goodman
Jeffrey P. Goodman
PA ID: 309433
Saltz Mongeluzzi Bendesky P.C.
1650 Market St., 52nd Floor
Philadelphia, PA 19103
Tel: (215) 575-2970
jgoodman@smbb.com
*Counsel for Claimants-In-Interpleader*

By: /s/ Steven J. Shapiro
Stephen J. Shapiro
PA ID: 83961
Victor Rane Group, Inc.
2005 Market St., Suite 3120
Philadelphia, PA 19103
Tel: (215) 297-2249
sshapiro@victorrane.com
*Counsel for Plaintiff-In-Interpleader, Med Jets, S.A. de C.V.*

By: /s/ Konrad R. Krebs
Konrad R. Krebs
PA ID: 319253
Clyde & Co US LLP
1515 Market St., Suite 1200
Philadelphia, PA 19102
Tel: (973) 210-6705
konrad.krebs@clydeco.us
*Counsel for Plaintiff-In-Interpleader, El Aguila Compania de Seguros, S.A. de C.V.*

APPROVED BY THE COURT:

Dated: _____

_____
Hon. Mia R. Perez
*Judge, United States District Court*

**CERTIFICATE OF SERVICE**

     I, Jeffrey P. Goodman, hereby certify that on this 15th day of October, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                      */s/ Jeffrey P. Goodman*
                                                                      Jeffrey P. Goodman