IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EL ÁGUILA, COMPAÑÍA DE SUGUROS, S.A. DE C.V., et al., | : | CIVIL ACTION |
| Plaintiffs-In-Interpleader, | : | |
| v. | : | |
| FIDELITY AND GUARANTY INSURANCE COMPANY, et al., | : | No. 2:25-cv-3464-MRP |
| Defendants-In-Interpleader | : | |

## ORDER

**AND NOW,** this 21st day of October, 2025, upon consideration of prospective Defendant/Intervenor Gerald Tucker's Motion to Intervene (ECF No. 114), it is hereby **ORDERED** that the motion is **DENIED.**

The motion fails to allege sufficient facts to establish the requirements for intervention under Federal Rule of Civil Procedure 24(a) or 24(b). In particular, the motion does not set forth specific factual allegations demonstrating the nature and scope of the movant's claimed property interest. Accordingly, the motion is **DENIED WITHOUT PREJUDICE** and may be renewed upon a properly supported showing.

BY THE COURT:

_____
Hon. Mia R. Perez