# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EL ÁGUILA, COMPAÑÍA DE SEGUROS, S.A. DE C.V.; and MED JETS, S.A. DE C.V.; | : : : C.A. No. 2:25-cv-03464-MRP : |
| Plaintiffs-In-Interpleader | : : |
| v. | : : |
| FIDELITY AND GUARANTY INSURANCE COMPANY, et. al. | : : : |
| Defendants/Claimants-In-Interpleader | : : |

## MOTION TO INTERVENE

Foremost Insurance Company Grand Rapids Michigan ("Foremost") and Hartford Underwriters Insurance Company ("Hartford" or, collectively, with Foremost, "Proposed Intervenors"), by and through their undersigned counsel, files this Motion to Intervene ("Motion") and states and alleges as follows:

On or about July 7, 2025, Plaintiffs-In-Interpleader El Águila Compañía De Seguros, S.A. De C.V. ("El Águila") and Med Jets, S.A. De C.V. ("Med Jets") filed an interpleader action in this Court pursuant to 28 U.S.C. § 1335. See Fed. R. Civ. P. 22 (discussing Interpleader actions).

The Complaint in Interpleader alleges that on January 31, 2025, a Learjet 55 medevac jet owned and operated by Med Jets crashed in Philadelphia, Pennsylvania.

50794293v.1

-2-

Further, Plaintiffs-In-Interpleader ("Plaintiffs") allege that El Águila issued an aviation insurance policy to Med Jets with applicable liability limits of $10,000,000.00 per aircraft.

By this Motion, Proposed Intervenors seek to intervene in the above-captioned lawsuit as a Defendants/Claimant-In-Interpleaders. Proposed Intervenors have a significant protectable interest in the interpleaded funds as their insureds incurred property damage.

Foremost paid its insureds' claims pursuant to Foremost policy numbers: 1) 381-5004602204-05; 2) 381-5000359962-07; 3) 381-0068516143-15; and 4) 381-5014100930-02. The policy number for Hartford's insured is 39 SBA AV3VLX.

As a result of payments made or to be made, Proposed Intervenors step into the shoes of their insureds and are subrogated to their interests. The Court should allow Proposed Intervenors to intervene as of right or, alternatively, the Court should grant Proposed Intervenors' request for permissive intervention.

For the reasons set forth in the memorandum filed in support of this Motion, the exhibits and declarations filed herewith and incorporated herein, and the records on file in this case, Proposed Intervenors respectfully request that the Court grant their Motion.

50794293v.1

-3-

Undersigned counsel conferred with counsel for Plaintiffs-In-Interpleader, who represented that Plaintiffs-In-Interpleader consent to the relief sought in this Motion.

Proposed Intervenors file this Motion pursuant to Federal Rule of Civil Procedure 24.

Proposed Intervenors include a pleading as Exhibit A, as required by Fed. R.C.P. 24(c).

Date: October 23, 2025

Respectfully submitted,

WHITE AND WILLIAMS LLP

By: _____
   Brian E. Tetro, Esquire
*Attorneys for Intervenors-Defendants/Claimants-In-Interpleader, Foremost Insurance Company Grand Rapids Michigan, and Hartford Underwriters Insurance Company*