# Exhibit C

50130114v.1

# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EL ÁGUILA, COMPAÑÍA DE SEGUROS, S.A. DE C.V.; and MED JETS, S.A. DE C.V.;<br><br>Plaintiffs-In-Interpleader<br><br>v.<br><br>FIDELITY AND GUARANTY INSURANCE COMPANY, et. al.<br><br>Defendants/Claimants-In-Interpleader | C.A. No. 2:25-cv-03464-MRP |

## DECLARATION OF BRIAN E. TETRO

I, Brian E. Tetro, hereby declare and state as follows:

1. I am a partner with White and Williams LLP, counsel for the movants, Foremost Insurance Company Grand Rapids Michigan ("Foremost") and Hartford Underwriters Insurance Company ("Hartford" or, collectively, with Foremost, "Proposed Intervenors") in this action.

2. I am familiar with the facts and circumstances of this case through my personal involvement in this litigation.

3. Foremost paid its insureds damages as a result of the crash.

4. Hartford anticipates paying its insured damages as a result of the crash.

50940546v.1

-2-

5. Each of the Foremost policies for its insureds state that, after Foremost pays a claim, it has "right to recover the payment from anyone who may be held responsible."

6. Hartford's policy states that after Hartford pays a claim, the insured's "rights to recover damages from another . . . are transferred to us to the extent of our payment."

I declare, under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

WHITE AND WILLIAMS LLP

By: _____
Brian E. Tetro, Esquire
*Attorneys for Intervenors-Defendants/Claimants-In-Interpleader, Foremost Insurance Company Grand Rapids Michigan, and Hartford Underwriters Insurance Company*

Date: October 22, 2025