IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EL AGUILA, COMPANIA DE SEGUROS, S.A. DE C.V., et al.<br><br>*Plaintiffs-In-Interpleader*<br><br>v.<br><br>FIDELITY AND GUARANTY INSURANCE COMPANY, et al.<br><br>*Claimants-In-Interpleader* | Civil Action No. 2:25-cv-03464-MRP |

## NOTICE OF APPEARANCE OF COUNSEL

TO:   The clerk of court and all parties of record,

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Claimants-In-Interpleader, Jamie Vasquez Viana, individually and as Parent and Natural Guardian of R.R.D.V., a Minor, Estate of Dominique Goods Burke, Estate of Steven Dreuitt, Estate of Lizeth Murillo Osuna, and Estate of Raul Meza Arredondo.


Date: October 23, 2025                     By: */s/ Samuel B. Dordick*
                                               Samuel B. Dordick, Esq.
                                               PA ID: 322647
                                               Saltz Mongeluzzi Bendesky P.C.
                                               1650 Market St., 52nd Floor
                                               Philadelphia, PA 19103
                                               Tel: (215) 575-3992
                                               sdordick@smbb.com
                                               *Counsel for Claimants-In-Interpleader*

**<u>CERTIFICATE OF SERVICE</u>**

    I, Samuel B. Dordick, hereby certify that on this 23rd day of October, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                        */s/ Samuel B. Dordick*
                                        Samuel B. Dordick