' IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EL ÁGUILA COMPAÑÍA DE SEGUROS, S.A. DE C.V., et al.,    :
    Plaintiffs,                    :

                               :

v.                        :  CIVIL ACTION
                        :  NO. 2:25-cv-03464

FIDELITY AND GUARANTY INSURANCE COMPANY, et al.,    :
    Defendants.                 :

**ANSWER OF DEFENDANT/CLAIMANT-IN-INTERPLEADER EMILY CHAN (PRO SE)**

Defendant/Claimant-In-Interpleader Emily Chan, appearing pro se, hereby answers the Complaint paragraph-by-paragraph as follows.
Each paragraph number below corresponds to the identically numbered paragraph of the Complaint:

1. Admitted that Plaintiffs filed this action.

2. Admitted that this Court is identified as the United States District Court for the Eastern District of Pennsylvania.

3. Admitted that an aircraft crash occurred on January 31, 2025 in Philadelphia, Pennsylvania.

4. Admitted that Defendant has asserted a claim for property damage arising from the aircraft crash.

5. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 5 of the Complaint and therefore denies the same and demands strict proof thereof.

6. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 6 of the Complaint and therefore denies the same and demands strict proof thereof.

7. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7 of the Complaint and therefore denies the same and demands strict proof thereof.

8. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 8 of the Complaint and therefore denies the same and demands strict proof thereof.

9. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 9 of the Complaint and therefore denies the same and demands strict proof thereof.

10. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 10 of the Complaint and therefore denies the same and demands strict proof thereof.

11. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 11 of the Complaint and therefore denies the same and demands strict proof thereof.

12. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 12 of the Complaint and therefore denies the same and demands strict proof thereof.

13. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 13 of the Complaint and therefore denies the same and demands strict proof thereof.

14. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 14 of the Complaint and therefore denies the same and demands strict proof thereof.

15. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 15 of the Complaint and therefore denies the same and demands strict proof thereof.

16. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 16 of the Complaint and therefore denies the same and demands strict proof thereof.

17. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 17 of the Complaint and therefore denies the same and demands strict proof thereof.

18. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 18 of the Complaint and therefore denies the same and demands strict proof thereof.

19. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 19 of the Complaint and therefore denies the same and demands strict proof thereof.

20. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 20 of the Complaint and therefore denies the same and demands strict proof thereof.

21. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 21 of the Complaint and therefore denies the same and demands strict proof thereof.

22. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 22 of the Complaint and therefore denies the same and demands strict proof thereof.

23. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 23 of the Complaint and therefore denies the same and demands strict proof thereof.

24. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 24 of the Complaint and therefore denies the same and demands strict proof thereof.

25. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 25 of the Complaint and therefore denies the same and demands strict proof thereof.

26. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 26 of the Complaint and therefore denies the same and demands strict proof thereof.

27. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 27 of the Complaint and therefore denies the same and demands strict proof thereof.

28. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 28 of the Complaint and therefore denies the same and demands strict proof thereof.

29. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 29 of the Complaint and therefore denies the same and demands strict proof thereof.

30. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 30 of the Complaint and therefore denies the same and demands strict proof thereof.

31. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 31 of the Complaint and therefore denies the same and demands strict proof thereof.

32. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 32 of the Complaint and therefore denies the same and demands strict proof thereof.

33. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 33 of the Complaint and therefore denies the same and demands strict proof thereof.

34. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 34 of the Complaint and therefore denies the same and demands strict proof thereof.

35. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 35 of the Complaint and therefore denies the same and demands strict proof thereof.

36. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 36 of the Complaint and therefore denies the same and demands strict proof thereof.

37. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 37 of the Complaint and therefore denies the same and demands strict proof thereof.

38. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 38 of the Complaint and therefore denies the same and demands strict proof thereof.

39. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 39 of the Complaint and therefore denies the same and demands strict proof thereof.

40. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 40 of the Complaint and therefore denies the same and demands strict proof thereof.

41. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 41 of the Complaint and therefore denies the same and demands strict proof thereof.

42. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 42 of the Complaint and therefore denies the same and demands strict proof thereof.

43. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 43 of the Complaint and therefore denies the same and demands strict proof thereof.

44. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 44 of the Complaint and therefore denies the same and demands strict proof thereof.

45. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 45 of the Complaint and therefore denies the same and demands strict proof thereof.

46. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 46 of the Complaint and therefore denies the same and demands strict proof thereof.

47. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 47 of the Complaint and therefore denies the same and demands strict proof thereof.

48. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 48 of the Complaint and therefore denies the same and demands strict proof thereof.

49. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 49 of the Complaint and therefore denies the same and demands strict proof thereof.

50. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 50 of the Complaint and therefore denies the same and demands strict proof thereof.

51. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 51 of the Complaint and therefore denies the same and demands strict proof thereof.

52. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 52 of the Complaint and therefore denies the same and demands strict proof thereof.

53. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 53 of the Complaint and therefore denies the same and demands strict proof thereof.

54. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 54 of the Complaint and therefore denies the same and demands strict proof thereof.

55. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 55 of the Complaint and therefore denies the same and demands strict proof thereof.

56. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 56 of the Complaint and therefore denies the same and demands strict proof thereof.

57. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 57 of the Complaint and therefore denies the same and demands strict proof thereof.

58. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 58 of the Complaint and therefore denies the same and demands strict proof thereof.

59. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 59 of the Complaint and therefore denies the same and demands strict proof thereof.

60. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 60 of the Complaint and therefore denies the same and demands strict proof thereof.

61. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 61 of the Complaint and therefore denies the same and demands strict proof thereof.

62. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 62 of the Complaint and therefore denies the same and demands strict proof thereof.

63. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 63 of the Complaint and therefore denies the same and demands strict proof thereof.

64. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 64 of the Complaint and therefore denies the same and demands strict proof thereof.

65. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 65 of the Complaint and therefore denies the same and demands strict proof thereof.

66. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 66 of the Complaint and therefore denies the same and demands strict proof thereof.

67. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 67 of the Complaint and therefore denies the same and demands strict proof thereof.

68. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 68 of the Complaint and therefore denies the same and demands strict proof thereof.

69. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 69 of the Complaint and therefore denies the same and demands strict proof thereof.

70. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 70 of the Complaint and therefore denies the same and demands strict proof thereof.

71. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 71 of the Complaint and therefore denies the same and demands strict proof thereof.

72. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 72 of the Complaint and therefore denies the same and demands strict proof thereof.

73. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 73 of the Complaint and therefore denies the same and demands strict proof thereof.

74. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 74 of the Complaint and therefore denies the same and demands strict proof thereof.

75. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 75 of the Complaint and therefore denies the same and demands strict proof thereof.

76. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 76 of the Complaint and therefore denies the same and demands strict proof thereof.

77. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 77 of the Complaint and therefore denies the same and demands strict proof thereof.

78. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 78 of the Complaint and therefore denies the same and demands strict proof thereof.

79. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 79 of the Complaint and therefore denies the same and demands strict proof thereof.

80. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 80 of the Complaint and therefore denies the same and demands strict proof thereof.

81. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 81 of the Complaint and therefore denies the same and demands strict proof thereof.

82. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 82 of the Complaint and therefore denies the same and demands strict proof thereof.

83. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 83 of the Complaint and therefore denies the same and demands strict proof thereof.

84. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 84 of the Complaint and therefore denies the same and demands strict proof thereof.

85. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 85 of the Complaint and therefore denies the same and demands strict proof thereof.

86. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 86 of the Complaint and therefore denies the same and demands strict proof thereof.

87. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 87 of the Complaint and therefore denies the same and demands strict proof thereof.

88. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 88 of the Complaint and therefore denies the same and demands strict proof thereof.

89. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 89 of the Complaint and therefore denies the same and demands strict proof thereof.

90. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 90 of the Complaint and therefore denies the same and demands strict proof thereof.

91. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 91 of the Complaint and therefore denies the same and demands strict proof thereof.

92. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 92 of the Complaint and therefore denies the same and demands strict proof thereof.

93. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 93 of the Complaint and therefore denies the same and demands strict proof thereof.

94. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 94 of the Complaint and therefore denies the same and demands strict proof thereof.

95. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 95 of the Complaint and therefore denies the same and demands strict proof thereof.

96. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 96 of the Complaint and therefore denies the same and demands strict proof thereof.

97. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 97 of the Complaint and therefore denies the same and demands strict proof thereof.

98. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 98 of the Complaint and therefore denies the same and demands strict proof thereof.

99. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 99 of the Complaint and therefore denies the same and demands strict proof thereof.

100. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 100 of the Complaint and therefore denies the same and demands strict proof thereof.

101. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 101 of the Complaint and therefore denies the same and demands strict proof thereof.

102. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 102 of the Complaint and therefore denies the same and demands strict proof thereof.

103. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 103 of the Complaint and therefore denies the same and demands strict proof thereof.

104. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 104 of the Complaint and therefore denies the same and demands strict proof thereof.

105. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 105 of the Complaint and therefore denies the same and demands strict proof thereof.

106. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 106 of the Complaint and therefore denies the same and demands strict proof thereof.

107. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 107 of the Complaint and therefore denies the same and demands strict proof thereof.

108. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 108 of the Complaint and therefore denies the same and demands strict proof thereof.

109. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 109 of the Complaint and therefore denies the same and demands strict proof thereof.

110. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 110 of the Complaint and therefore denies the same and demands strict proof thereof.


**AFFIRMATIVE DEFENSES**


1. Plaintiffs are not entitled to discharge until full discovery and adjudication of competing claims occurs.
2. Plaintiffs are not entitled to attorneys' fees or costs from the interpleaded fund absent strict proof that such fees are reasonable, necessary, and equitable.
3. Defendant objects to any reduction of the interpleaded fund that would prejudice claimants.
4. Defendant objects to any allocation methodology that is not supported by competent evidence.
5. Defendant reserves the right to amend this Answer as discovery proceeds.


**CLAIM TO INTERPLEADED FUNDS**


Defendant asserts a valid claim to the remaining insurance proceeds and requests equitable distribution consistent with the full extent of her property damage.

**JURY DEMAND**

Defendant demands trial by jury on all issues so triable.

Dated: Feb. 27, 2026

_____

Emily Chan
7280 Leonard Street
Philadelphia, PA 19149

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

Civil Action No.: 2:25-cv-3464

**Re: Property Located at 7280 Leonard Street, Philadelphia, PA 19149**

### CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of February, 2026, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system of the United States District Court for the Eastern District of Pennsylvania. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

I further certify that any party not registered for electronic filing was served by first-class United States mail, postage prepaid, to their last known address.

*Emily Chan*

Emily Chan, Pro Se

1840 S. 5th Street

Philadelphia, PA 19148

Tel: (215) 888-8310

Retail

UNITED STATES POSTAL SERVICE ®

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
GLASSBORO, NJ 08028
FEB 27, 2026
$7.47

19106

S2324P503786-44

From:
Emily Chan
1840 S 5th St
Phila PA 19148

RECEIVED
MAR - 5 2026
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

To:
Clerk's office
United State District Crt
Eastern District of PA
James A Byrnes crt
601 Market St
Phila PA 19106

CERTIFIED MAIL ®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

9589 0710 5270 2180 9761 96

Document Mailer