**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| EL ÁGUILA, COMPAÑÍA DE SEGUROS, S.A. DE C.V., *et al.*<br><br>                     Plaintiffs-In-Interpleader,<br><br>v.<br><br><br>FIDELITY AND GUARANTY INSURANCE COMPANY, *et al.*<br><br>                     Defendants/Claimants-In-Interpleader. | :<br>:<br>:<br>:   Civil Action No.  2:25-cv-03464<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**REQUEST TO ENTER DEFAULT**

To the Clerk of the U.S. District Court for the Eastern District of Pennsylvania:

You will please enter the default of the defendant for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure as appears from the declaration of Konrad Krebs hereto attached.

By: */s/ Konrad R. Krebs*
        Konrad R. Krebs (PA ID# 319253)
        CLYDE & CO US LLP
        1515 Market Street, Suite 1200
        Philadelphia, PA 19102
        P: (973) 210-6705
        F: (973) 210-6701
        konrad.krebs@clydeco.us

AND NOW, THIS ____ DAY OF _____, 2026 pursuant to request to enter default and declarations filed, default is hereby entered against Defendant for failure to plead or otherwise defend.

        _____
        Clerk

1

## CERTIFICATE OF SERVICE

I, Konrad Krebs, do hereby certify that on June 3, 2026, I caused a true and correct copy of the foregoing to be filed electronically. Notice of this filing will be sent to the parties by operation of this Court's electronic filing system. Parties may access this filing through the Court's system.

**CLYDE & CO US LLP**

By: */s/ Konrad R. Krebs*
Konrad R. Krebs (PA ID 319253)

2