IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EL AGUILA, COMPANIA DE                          :
SEGUROS, S.A. DE C.V., et al.                   :
                                                :
  *Plaintiffs-In-Interpleader*                  :
                                                :
  v.                                            :        CIVIL ACTION NO. 25-3464
                                                :
FIDELITY AND GUARANTY                           :
INSURANCE COMPANY, et al.                       :
                                                :
  *Claimants-In-Interpleader*                   :

## ORDER

AND NOW, this 2nd day of July, 2026, upon consideration of the Motion to Dismiss Med Jets S.A. de C.V. as Plaintiff-in-Interpleader, ECF No. 127, Med Jets S.A. de C.V.'s Response in Opposition, ECF No. 129, and El Aguila, Compania de Seguros, S.A. de C.V.'s Joinder, ECF No. 130, and for the reasons stated in the accompanying Memorandum, it is ORDERED that the Motion is DENIED.[1]

It is further ORDERED that Med Jets S.A. de C.V. is REALIGNED as a claimant-defendant for the limited purpose of participating in the allocation and distribution of the interpleaded policy proceeds. The Clerk of Court shall amend the caption to reflect Med Jets S.A. de C.V.'s realignment as a claimant-defendant.

BY THE COURT:

THE HONORABLE MIA ROBERTS PEREZ

---

[1] Nothing in this Order shall be construed to discharge Med Jets S.A. de C.V. from liability, cap its potential liability at the policy limits, enjoin independent tort claims against it, or provide any "bill of peace" beyond the interpleaded policy proceeds.